# Progress Notes

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 DISCHARGE NOTE
STANDARD TITLE: URGENT CARE EDUCATION DISCHARGE NOTE
DATE OF NOTE: AUG 02, 2014@20:50     ENTRY DATE: AUG 02, 2014@20:50:20
      AUTHOR: CASHION,MEDFORD      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Instructions:
 DX:  HEAD INJURY, WITHOUT CONCUSSION, CONTUSION FOREHEAD, ON WARFARIN
 PLAN: SEE CARENOTE.  FOLLOWUP URGENT CARE AUG 4 FOR THIS INJURY.

Released to:
   Home

Follow up (by patient):
   other:
--Scheduled Appointments:
08/04/2014 14:00  DERM FOLLOW UP
08/06/2014 11:20  SPO PHARMACIST CLINIC 3
08/06/2014 13:30  POD FOOT TECH
08/15/2014 11:30  URO HEATON
08/27/2014 11:30  MHC LOCUMS-A
09/04/2014 11:00  SPO CPAP B
10/09/2014 13:00  URO HEATON

Condition:
   stable

Medication Reconciliation:
  No medication changes made during this visit. Medication reconciliation
  done with patient/caregiver. List of current medications:
  Active Outpatient Medications (including Supplies):

      Outpatient Medications                              Status
==============================================================================
  1)  ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH     ACTIVE
        EVERY 6 HOURS AS NEEDED FOR PAIN
  2)  ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1     ACTIVE
        PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
        NOTE NEW FORMULATION AND NEW DIRECTIONS***
  3)  ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY    ACTIVE
        DAY FOR HEART AND CIRCULATION
  4)  BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS ACTIVE
        VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
        WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
        SECONDS) BEFORE EACH USE.
  5)  BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS ACTIVE
        BY MOUTH TWICE DAILY (AT 6 AM AND 2 PM) FOR
        DEPRESSION, ANXIETY, SMOKING.
  6)  CLOBETASOL PROPIONATE 0.05% CREAM APPLY SMALL AMOUNT  ACTIVE
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
WRIGHT,STEVEN O | Printed at MANN-GRANDSTAFF VAMC

ROSALIA, WASHINGTON  99170

Exhibit 2 - 87    Page 16

# Progress Notes

Printed On Feb 29, 2016

```
           TOPICALLY TWO TIMES DAILY AS NEEDED FOR ITCHING. DO
           NOT APPLY TO FACE, GROIN, ARMPITS
    7)     DIGOXIN 0.25MG TAB TAKE ONE TABLET BY MOUTH AT         ACTIVE
           BEDTIME
    8)     DILTIAZEM (INWOOD) 240MG SA CAP TAKE ONE CAPSULE BY    ACTIVE
           MOUTH TWICE A DAY FOR BLOOD PRESSURE CONTROL. HOLD
           IF PULSE IS LESS THAN 50.
    9)     DIVALPROEX 500MG SA(EXTENDED RELEASE)TAB TAKE FOUR     ACTIVE
           TABLETS BY MOUTH AT BEDTIME  - START WITH ONE
           TABLET FOR THREE DAYS, THEN TWO TABLETS FOR THREE
           DAYS, THEN THREE TABLETS FOR THREE DAYS, THEN FOUR
           TABLETS DAILY FOR MOOD STABILIZATION, ANGER,
           ANXIETY.
   10)     HYDRALAZINE HCL 25MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
           TWICE A DAY FOR BLOOD PRESSURE CONTROL
   11)     HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET  ACTIVE
           BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN RELIEF.
   12)     HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET  PENDING
           BY MOUTH EVERY 6 HOURS AS NEEDED
   13)     LIDOCAINE 4% TOP CREAM APPLY SMALL AMOUNT TOPICALLY    ACTIVE
           TWO TIMES DAILY AS NEEDED
   14)     LISINOPRIL 40MG TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
           DAY FOR BLOOD PRESSURE CONTROL
   15)     MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL      ACTIVE
           AMOUNT TOPICALLY EVERY DAY
   16)     MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL      PENDING
           AMOUNT TOPICALLY EVERY DAY
   17)     PHENAZOPYRIDINE HCL 100MG TAB TAKE TWO TABLETS BY      ACTIVE
           MOUTH TWO TIMES DAILY AS NEEDED FOR BLADDER PAIN
           AND BURNING
   18)     SILVER SULFADIAZINE 1% CREAM APPLY SMALL AMOUNT        ACTIVE
           TOPICALLY TWO TIMES DAILY AS NEEDED FOR DOT/SPOT ON
           SKIN SORE UNTIL HEALED
   19)     SIMVASTATIN 40MG TAB TAKE ONE-HALF TABLET BY MOUTH AT  ACTIVE
           BEDTIME FOR CHOLESTEROL
   20)     TRAMADOL HCL 50MG TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
           6 HOURS AS NEEDED FOR PAIN
   21)     WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS    ACTIVE
           BY MOUTH SUNDAY, TUESDAY, THURSDAY, AND SATURDAY
           AND TAKE ONE AND ONE-HALF TABLETS MONDAY, WEDNESDAY
           AND FRIDAY OR AS DIRECTED BY ANTICOAG CLINIC TO
           PREVENT CLOTS
Patient/Relative or patients representative has received a copy of these
instructions and indicates understanding of these instructions.

/es/ Medford Cashion
M.D.
Signed: 08/02/2014 20:52
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON  99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 88

# Progress Notes

Printed On Feb 29, 2016

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 NOTE
STANDARD TITLE: URGENT CARE NOTE
DATE OF NOTE: AUG 02, 2014@20:43     ENTRY DATE: AUG 02, 2014@20:43:49
      AUTHOR: CASHION,MEDFORD        EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

SUBJECTIVE: 70m c/o head injury. He was just discharged from this ER, and was using his crutches, when he fell into the bike rack out in our parking lot having tripped. A witness says his head went through the bike rack. Pt states his head hit the pavement but he wasn't knocked out. He has no headache and no neck or back pain, in fact no new pain. .

Emergency Room nurses note reviewed.
Most recent Primary Care provider's note reviewed.
Objective:
Computerized Problem List is the source for the following:

1. CA URETER
2. Blood in urine (SNOMED CT 34436003)
3. Spontaneous ecchymosis (SNOMED CT 302228007)
4. VENOUS INSUFFICIENCY
5. Encounter for Therapeutic Drug Monitoring
(ICD-9-CM V58.83)
6. Long Term (current) use of Anticoagulants
(ICD-9-CM V58.61)
7. MILLIUM
8. Atrial Fibrillation * (ICD-9-CM 427.31)
9. Chronic Obstructive Pulmonary Disease *
(ICD-9-CM 496.)
10. Hypertension * (ICD-9-CM 401.9)
11. Obstructive Sleep Apnea (Adult) (Pediatric)
(ICD-9-CM 327.23)
12. NEURODEMATITIS
13. Hyperlipidemia * (ICD-9-CM 272.4)
14. Heartburn * (ICD-9-CM 787.1)
15. Hypertrophy (Benign) of Prostate without
Urinary obstruction (ICD-9-CM 600.00)
16. BIPOLAR I, UNSPECIFIED
17. Posttraumatic Stress Disorder
18. Osteoarthrosis, generalized
    Bilateral hip hemiarthroplasty with replacements
    Severe AO glenohumeral joints bilaterally
19. Tobacco Use Disorder

RECENT OUTPATIENT MEDICATIONS:
  Active and Recently Expired Outpatient Medications (including Supplies):

     Active Outpatient Medications                         Status
=================================================================
1)   ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH     ACTIVE

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
WRIGHT,STEVEN O | Printed at MANN-GRANDSTAFF VAMC

ROSALIA, WASHINGTON  99170

Exhibit 2 - 89  Page 22

# Progress Notes

Printed On Feb 29, 2016

```
        EVERY 6 HOURS AS NEEDED FOR PAIN
  2)    ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1      ACTIVE
        PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
        NOTE NEW FORMULATION AND NEW DIRECTIONS***
  3)    ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
        DAY FOR HEART AND CIRCULATION
  4)    BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS  ACTIVE
        VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
        WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
        SECONDS) BEFORE EACH USE.
  5)    BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS  ACTIVE
        BY MOUTH TWICE DAILY (AT 6 AM AND 2 PM) FOR
        DEPRESSION, ANXIETY, SMOKING.
  6)    CLOBETASOL PROPIONATE 0.05% CREAM APPLY SMALL AMOUNT   ACTIVE
        TOPICALLY TWO TIMES DAILY AS NEEDED FOR ITCHING. DO
        NOT APPLY TO FACE, GROIN, ARMPITS
  7)    DIGOXIN 0.25MG TAB TAKE ONE TABLET BY MOUTH AT         ACTIVE
        BEDTIME
  8)    DILTIAZEM (INWOOD) 240MG SA CAP TAKE ONE CAPSULE BY    ACTIVE
        MOUTH TWICE A DAY FOR BLOOD PRESSURE CONTROL. HOLD
        IF PULSE IS LESS THAN 50.
  9)    DIVALPROEX 500MG SA(EXTENDED RELEASE)TAB TAKE FOUR     ACTIVE
        TABLETS BY MOUTH AT BEDTIME  - START WITH ONE
        TABLET FOR THREE DAYS, THEN TWO TABLETS FOR THREE
        DAYS, THEN THREE TABLETS FOR THREE DAYS, THEN FOUR
        TABLETS DAILY FOR MOOD STABILIZATION, ANGER,
        ANXIETY.
 10)    HYDRALAZINE HCL 25MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
        TWICE A DAY FOR BLOOD PRESSURE CONTROL
 11)    HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET  ACTIVE
        BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN RELIEF.
 12)    LIDOCAINE 4% TOP CREAM APPLY SMALL AMOUNT TOPICALLY    ACTIVE
        TWO TIMES DAILY AS NEEDED
 13)    LISINOPRIL 40MG TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
        DAY FOR BLOOD PRESSURE CONTROL
 14)    MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL      ACTIVE
        AMOUNT TOPICALLY EVERY DAY
 15)    PHENAZOPYRIDINE HCL 100MG TAB TAKE TWO TABLETS BY      ACTIVE
        MOUTH TWO TIMES DAILY AS NEEDED FOR BLADDER PAIN
        AND BURNING
 16)    SILVER SULFADIAZINE 1% CREAM APPLY SMALL AMOUNT        ACTIVE
        TOPICALLY TWO TIMES DAILY AS NEEDED FOR DOT/SPOT ON
        SKIN SORE UNTIL HEALED
 17)    SIMVASTATIN 40MG TAB TAKE ONE-HALF TABLET BY MOUTH AT  ACTIVE
        BEDTIME FOR CHOLESTEROL
 18)    TRAMADOL HCL 50MG TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
        6 HOURS AS NEEDED FOR PAIN
 19)    WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS    ACTIVE
        BY MOUTH SUNDAY, TUESDAY, THURSDAY, AND SATURDAY
        AND TAKE ONE AND ONE-HALF TABLETS MONDAY, WEDNESDAY
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON   99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 90  Page 23

# Progress Notes

```
     AND FRIDAY OR AS DIRECTED BY ANTICOAG CLINIC TO
     PREVENT CLOTS

     Pending Outpatient Medications                       Status
=========================================================================
1)   HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET  PENDING
     BY MOUTH EVERY 6 HOURS AS NEEDED
2)   MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL      PENDING
     AMOUNT TOPICALLY EVERY DAY

REVIEW OF SYSTEMS:
  Gen- no pain,no headache
  HEENT -No recent change in vision/hearing
  Resp - No SOB, cough, wheezing
  CV - No CP/syncope
  GI -No abdominal pain
  MS -No neck pain
  Neuro -  no LOC, remembers falling

OBJECTIVE:
 Temperature: 97.5 F [36.4 C] (07/08/2014 11:15)
 Pulse:83 (08/02/2014 11:03)
 Respiratory rate: 14 (08/02/2014 11:03)
 Blood Pressure: 116/80 (08/02/2014 11:03)
 Pulse Oximetry:
      Measurement DT     POx
                  (L/MIN)(%)
 08/02/2014 11:03   92

 Weight: 276.8 lb [125.8 kg] (07/08/2014 11:15)
 Height: 70 in [177.8 cm] (02/27/2014 10:12)

 Exam:
  Gen - no apparent distress
  HEENT - 3x4cm fresh abrasion, mild swelling left upper forehead
  Neck - good ROM, no midline tenderness
  Skin -  no other injury
  Chest - nontender
  Lungs -Clear to auscultation
  CV - Reg, no M/G/R, no carotid bruits
  Abd -Normal BS, benign, no masses/organomegaly
  Back - Straight, non-tender
  Extremities - no sign injury
  Neuro - Mental status normal for age; PERRL, moving all 4 extr well

EMERGENCY ROOM COURSE: Tdap im.

Discussed c pt and his friend

   ASSESSMENT & PLAN:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON   99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 91   Page 24

# Progress Notes

Printed On Feb 29, 2016

```
    1.  Abrasion and contusion forehead, without concussion, on warfarin, today's
INR 1.5.  Pt and friend comfortable with home observation.  Instruction sheet.
Followup urgent care Aug 4.

/es/ Medford Cashion
M.D.
Signed: 08/06/2014 06:38
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT, STEVEN O<br><br>ROSALIA, WASHINGTON  99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 92    Page 25

# Progress Notes

Printed On Feb 29, 2016

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 DISCHARGE NOTE
STANDARD TITLE: URGENT CARE EDUCATION DISCHARGE NOTE
DATE OF NOTE: AUG 02, 2014@19:27     ENTRY DATE: AUG 02, 2014@19:27:10
      AUTHOR: CASHION,MEDFORD      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Instructions:
  DX:  STRAIN AND CONTUSION LEFT KNEE   PLAN:  RX NORCO 5 #6 TAKEHOME AND #
16 AT WINDOW.  MUST USE YOUR KNEE IMMOBILIZER AND CRUTCHES.  CONTINUE TO
ICE AND ELEVATE.  ORTHO CONSULT FOR AUG 4.

Released to:
   Home

Follow up (by patient):
   other:
--Scheduled Appointments:
08/04/2014 14:00   DERM FOLLOW UP
08/06/2014 11:20   SPO PHARMACIST CLINIC 3
08/06/2014 13:30   POD FOOT TECH
08/15/2014 11:30   URO HEATON
08/27/2014 11:30   MHC LOCUMS-A
09/04/2014 11:00   SPO CPAP B
10/09/2014 13:00   URO HEATON

Condition:
   stable

Medication Reconciliation:
   Below is list of current medications. Patient/caregiver will notify any
   other health care provider(s) of changes.  Medications reconciled with
   patient/caregiver and patient given this updated list.
   Active Outpatient Medications (including Supplies):

      Outpatient Medications                                 Status
   =================================================================
   =
   1)   ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH    ACTIVE
           EVERY 6 HOURS AS NEEDED FOR PAIN
   2)   ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1    ACTIVE
           PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
           NOTE NEW FORMULATION AND NEW DIRECTIONS***
   3)   ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY   ACTIVE
           DAY FOR HEART AND CIRCULATION
   4)   BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS ACTIVE
           VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
           WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
           SECONDS) BEFORE EACH USE.
   5)   BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS ACTIVE
           BY MOUTH TWICE DAILY (AT 6 AM AND 2 PM) FOR
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON   99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 93  Page 26

# Progress Notes

```
              DEPRESSION, ANXIETY, SMOKING.
      6)    CLOBETASOL PROPIONATE 0.05% CREAM APPLY SMALL AMOUNT    ACTIVE
              TOPICALLY TWO TIMES DAILY AS NEEDED FOR ITCHING. DO
              NOT APPLY TO FACE, GROIN, ARMPITS
      7)    DIGOXIN 0.25MG TAB TAKE ONE TABLET BY MOUTH AT          ACTIVE
              BEDTIME
      8)    DILTIAZEM (INWOOD) 240MG SA CAP TAKE ONE CAPSULE BY     ACTIVE
              MOUTH TWICE A DAY FOR BLOOD PRESSURE CONTROL. HOLD
              IF PULSE IS LESS THAN 50.
      9)    DIVALPROEX 500MG SA(EXTENDED RELEASE)TAB TAKE FOUR      ACTIVE
              TABLETS BY MOUTH AT BEDTIME  - START WITH ONE
              TABLET FOR THREE DAYS, THEN TWO TABLETS FOR THREE
              DAYS, THEN THREE TABLETS FOR THREE DAYS, THEN FOUR
              TABLETS DAILY FOR MOOD STABILIZATION, ANGER,
              ANXIETY.
     10)    HYDRALAZINE HCL 25MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE
              TWICE A DAY FOR BLOOD PRESSURE CONTROL
     11)    HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET   ACTIVE
              BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN RELIEF.
     12)    HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET   PENDING
              BY MOUTH EVERY 6 HOURS AS NEEDED
     13)    LIDOCAINE 4% TOP CREAM APPLY SMALL AMOUNT TOPICALLY     ACTIVE
              TWO TIMES DAILY AS NEEDED
     14)    LISINOPRIL 40MG TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE
              DAY FOR BLOOD PRESSURE CONTROL
     15)    MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL       ACTIVE
              AMOUNT TOPICALLY EVERY DAY
     16)    MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL       PENDING
              AMOUNT TOPICALLY EVERY DAY
     17)    PHENAZOPYRIDINE HCL 100MG TAB TAKE TWO TABLETS BY       ACTIVE
              MOUTH TWO TIMES DAILY AS NEEDED FOR BLADDER PAIN
              AND BURNING
     18)    SILVER SULFADIAZINE 1% CREAM APPLY SMALL AMOUNT         ACTIVE
              TOPICALLY TWO TIMES DAILY AS NEEDED FOR DOT/SPOT ON
              SKIN SORE UNTIL HEALED
     19)    SIMVASTATIN 40MG TAB TAKE ONE-HALF TABLET BY MOUTH AT   ACTIVE
              BEDTIME FOR CHOLESTEROL
     20)    TRAMADOL HCL 50MG TAB TAKE ONE TABLET BY MOUTH EVERY    ACTIVE
              6 HOURS AS NEEDED FOR PAIN
     21)    WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS     ACTIVE
              BY MOUTH SUNDAY, TUESDAY, THURSDAY, AND SATURDAY
              AND TAKE ONE AND ONE-HALF TABLETS MONDAY, WEDNESDAY
              AND FRIDAY OR AS DIRECTED BY ANTICOAG CLINIC TO
              PREVENT CLOTS
Patient/Relative or patients representative has received a copy of these
instructions and indicates understanding of these instructions.

/es/ Medford Cashion
M.D.
Signed: 08/02/2014 19:29
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON   99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 94 Page 27

# Progress Notes

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 NOTE
STANDARD TITLE: URGENT CARE NOTE
DATE OF NOTE: AUG 02, 2014@12:40     ENTRY DATE: AUG 02, 2014@12:40:55
      AUTHOR: MCMANUS,SHEA E          EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED


S:PT C/O FALLING APPROX 2 FT OFF OF STAIRS LAST WEEK ONTO KNEES WITH LEFT KNEE
PAIN
AND SWELLING INCREASING OVER THE LAST FEW DAYS. PT ON COUMADIN FOR CHRONIC
ATRIAL
FIBRILLATION WITH LAST INR 7/21/14 OF 3.8. PT DENIES ANY OTHER SXS.
 Emergency Dept. nurses note reviewed.
 Most recent Primary Care provider's note reviewed.
PROBLEM LIST / MEDICATIONS:
=====================================
  Computerized Problem List is the source for the following:

1. CA URETER
2. Blood in urine (SNOMED CT 34436003)
3. Spontaneous ecchymosis (SNOMED CT 302228007)
4. VENOUS INSUFFICIENCY
5. Encounter for Therapeutic Drug Monitoring
(ICD-9-CM V58.83)
6. Long Term (current) use of Anticoagulants
(ICD-9-CM V58.61)
7. MILLIUM
8. Atrial Fibrillation * (ICD-9-CM 427.31)
9. Chronic Obstructive Pulmonary Disease *
(ICD-9-CM 496.)
10. Hypertension * (ICD-9-CM 401.9)
11. Obstructive Sleep Apnea (Adult) (Pediatric)
(ICD-9-CM 327.23)
12. NEURODEMATITIS
13. Hyperlipidemia * (ICD-9-CM 272.4)
14. Heartburn * (ICD-9-CM 787.1)
15. Hypertrophy (Benign) of Prostate without
Urinary obstruction (ICD-9-CM 600.00)
16. BIPOLAR I, UNSPECIFIED
17. Posttraumatic Stress Disorder
18. Osteoarthrosis, generalized
     Bilateral hip hemiarthroplasty with replacements
     Severe AO glenohumeral joints bilaterally
19. Tobacco Use Disorder
====================================
RECENT OUTPATIENT MEDS:
  Active and Recently Expired Outpatient Medications (including Supplies):

     Active Outpatient Medications                              Status
=================================================================================
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON  99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 95  Page 31

# Progress Notes

Printed On Feb 29, 2016

```
 1)  ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH        ACTIVE
        EVERY 6 HOURS AS NEEDED FOR PAIN
 2)  ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1        ACTIVE
        PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
        NOTE NEW FORMULATION AND NEW DIRECTIONS***
 3)  ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE
        DAY FOR HEART AND CIRCULATION
 4)  BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS    ACTIVE
        VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
        WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
        SECONDS) BEFORE EACH USE.
 5)  BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS    ACTIVE
        BY MOUTH TWICE DAILY (AT 6 AM AND 2 PM) FOR
        DEPRESSION, ANXIETY, SMOKING.
 6)  CLOBETASOL PROPIONATE 0.05% CREAM APPLY SMALL AMOUNT     ACTIVE
        TOPICALLY TWO TIMES DAILY AS NEEDED FOR ITCHING. DO
        NOT APPLY TO FACE, GROIN, ARMPITS
 7)  DIGOXIN 0.25MG TAB TAKE ONE TABLET BY MOUTH AT           ACTIVE
        BEDTIME
 8)  DILTIAZEM (INWOOD) 240MG SA CAP TAKE ONE CAPSULE BY      ACTIVE
        MOUTH TWICE A DAY FOR BLOOD PRESSURE CONTROL. HOLD
        IF PULSE IS LESS THAN 50.
 9)  DIVALPROEX 500MG SA(EXTENDED RELEASE)TAB TAKE FOUR       ACTIVE
        TABLETS BY MOUTH AT BEDTIME - START WITH ONE
        TABLET FOR THREE DAYS, THEN TWO TABLETS FOR THREE
        DAYS, THEN THREE TABLETS FOR THREE DAYS, THEN FOUR
        TABLETS DAILY FOR MOOD STABILIZATION, ANGER,
        ANXIETY.
10)  HYDRALAZINE HCL 25MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
        TWICE A DAY FOR BLOOD PRESSURE CONTROL
11)  HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET    ACTIVE
        BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN RELIEF.
12)  LIDOCAINE 4% TOP CREAM APPLY SMALL AMOUNT TOPICALLY      ACTIVE
        TWO TIMES DAILY AS NEEDED
13)  LISINOPRIL 40MG TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE
        DAY FOR BLOOD PRESSURE CONTROL
14)  MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL        ACTIVE
        AMOUNT TOPICALLY EVERY DAY
15)  PHENAZOPYRIDINE HCL 100MG TAB TAKE TWO TABLETS BY        ACTIVE
        MOUTH TWO TIMES DAILY AS NEEDED FOR BLADDER PAIN
        AND BURNING
16)  SILVER SULFADIAZINE 1% CREAM APPLY SMALL AMOUNT          ACTIVE
        TOPICALLY TWO TIMES DAILY AS NEEDED FOR DOT/SPOT ON
        SKIN SORE UNTIL HEALED
17)  SIMVASTATIN 40MG TAB TAKE ONE-HALF TABLET BY MOUTH AT    ACTIVE
        BEDTIME FOR CHOLESTEROL
18)  TRAMADOL HCL 50MG TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
        6 HOURS AS NEEDED FOR PAIN
19)  WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS      ACTIVE
        BY MOUTH SUNDAY, TUESDAY, THURSDAY, AND SATURDAY
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON   99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 96   Page 32

# Progress Notes

Printed On Feb 29, 2016

```
          AND TAKE ONE AND ONE-HALF TABLETS MONDAY, WEDNESDAY
          AND FRIDAY OR AS DIRECTED BY ANTICOAG CLINIC TO
          PREVENT CLOTS

      Pending Outpatient Medications                      Status
    ===============================================================
 1)   MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL   PENDING
          AMOUNT TOPICALLY EVERY DAY

      Inactive Outpatient Medications                     Status
    ===============================================================
 1)   ALBUTEROL 90/IPRATROP 18MCG 200D PO INHL INHALE 2   DISCONTINUED
          PUFFS ORAL INHALATION FOUR TIMES DAILY          (EDIT)
 2)   CEPHALEXIN 500MG CAP TAKE ONE CAPSULE BY MOUTH THREE DISCONTINUED
          TIMES A DAY UNTIL GONE FOR INFECTION
 3)   DIVALPROEX 500MG SA(EXTENDED RELEASE) TAB TAKE FOUR DISCONTINUED
          TABLET BY MOUTH AT BEDTIME                      (EDIT)
 4)   DIVALPROEX 500MG SA(EXTENDED RELEASE) TAB TAKE FOUR DISCONTINUED
          TABLETS BY MOUTH AT BEDTIME                     (EDIT)
 5)   FUROSEMIDE 40MG TAB TAKE ONE TABLET BY MOUTH DAILY AS DISCONTINUED
          NEEDED
 6)   HYDRALAZINE HCL 25MG TAB TAKE ONE TABLET BY MOUTH   DISCONTINUED
          TWICE A DAY FOR BLOOD PRESSURE CONTROL
 7)   LIDOCAINE 4% TOP CREAM APPLY SMALL AMOUNT TOPICALLY DISCONTINUED
          TWO TIMES DAILY AS NEEDED
 8)   MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL   DISCONTINUED
          AMOUNT TOPICALLY EVERY DAY
 9)   PAROXETINE HCL 30MG TAB TAKE ONE TABLET BY MOUTH AT DISCONTINUED
          BEDTIME
10)   PRAMOXINE HCL 1% LOTION APPLY SMALL AMOUNT TOPICALLY EXPIRED
          FIVE TIMES DAILY AS NEEDED
11)   SILVER SULFADIAZINE 1% CREAM APPLY SMALL AMOUNT     DISCONTINUED
          TOPICALLY TWO TIMES DAILY AS NEEDED FOR DOT/SPOT ON
          SKIN SORE UNTIL HEALED
12)   WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS DISCONTINUED
          BY MOUTH SUNDAY, TUESDAY, THURSDAY, AND SATURDAY
          AND TAKE ONE AND ONE-HALF TABLETS MONDAY, WEDNESDAY
          AND FRIDAY OR AS DIRECTED BY ANTICOAG CLINIC TO
          PREVENT CLOTS
13)   WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS DISCONTINUED
          BY MOUTH AT BEDTIME EXCEPT TAKE ONE AND ONE-HALF
          TABLETS FRIDAYS OR AS DIRECTED BY ANTICOAG CLINIC
          TO PREVENT CLOTS

 33 Total Medications
 ======================================
 ALLERGIES: Patient has answered NKA
 O:
  VITALS:
    TEMP: 97.5 F [36.4 C] (07/08/2014 11:15)
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON  99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 97   Page 33

# Progress Notes

```
    RESP: 14 (08/02/2014 11:03)
    PULSE: 83 (08/02/2014 11:03)
    BP: 116/80 (08/02/2014 11:03)
    WT: 276.8 lb [125.8 kg] (07/08/2014 11:15)
    HEIGHT: 70 in [177.8 cm] (02/27/2014 10:12)
    PAIN: 9 (08/02/2014 11:03)
    PULSE OXIMETRY:
      Measurement DT      POx
                   (L/MIN)(%)
 08/02/2014 11:03     92
    GEN: INAD

    HEENT:Normocephalic w/o masses or trauma, PERRLA, Sclerae and conjuctivae
 normal, Nose, mouth, oropharynx normal

    CHEST:
      Equal expansion bilaterally
      Clear to ausculation
    CARDIOVASCULAR: palpation normal, irregular rhythm, no rub, gallop or murmur
        3+ EDEMA LEFT LEG UP TO PELVIS/ + ANASARCA
    ABDOMINAL:soft, positive bowel sounds, not tender, no fluid, without masses,
 liver normal, spleen not palpable, no hernia


 Fecal occult blood test (FOBT)
      Result was Not performed.
      Internal QC check (IQC) was OK.
    NEUROLOGICAL: CN II-XII grossly intact, Reflexes 2+ and symmetrical, Motor 5/5
 upper extremities, motor 5/5 lower extremities

    MUSCULOSKELETAL:
        LEFT LEG WITH ECCYMOSIS AND SEVERE ANASARCA/EDEMA

    PSYCHIATRIC:
      Mood and affect appropriate. Patient oriented X 3.
     LABS: Report Released Date/Time: Aug 02, 2014@13:38
 Provider: MCMANUS,SHEA E
      Specimen: BLOOD*.           CH 0802 28
        Specimen Collection Date: Aug 02, 2014@13:02
           Test name             Result      units      Ref.   range   Site Code
 SODIUM                           139       mmol/L     135 - 145         [668]
 POTASSIUM                        3.7       mmol/L     3.6 - 5.4         [668]
 CHLORIDE                         105       mmol/L      98 - 107         [668]
 CARBON DIOXIDE                    26       mmol/L      22 - 30          [668]
 CREATININE SER -                 0.7       mg/dL      0.7 - 1.5         [668]
 ESTGLO                           >60       mL/mn/1.73                   [668]
 BUN/UREA                          17       mg/dL        7 - 23          [668]
 CALCIUM                          8.6       mg/dL      8.4 - 10.3        [668]
 GLUCOSE                         112 H      mg/dL       75 - 100         [668]
 ALKALINE PHOSPHATASE              79       U/L         45 - 129         [668]
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON  99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 98   Page 34

# Progress Notes

Printed On Feb 29, 2016

```
ASPARTATE AMINO-TRANSFERASE      14        U/L        14 - 44        [668]
ALANINE AMINO-TRANSFERASE         9        U/L         9 - 57        [668]
TOTAL BILIRUBIN                   0.6      mg/dL      0.1 - 1.1      [668]
DIRECT BILIRUBIN                 <0.2      mg/dL      0.00 - 0.20    [668]
ALBUMIN                           3.9      g/dL       3.5 - 5.0      [668]
TOTAL PROTEIN                     7.6      g/dL       6.5 - 8.2      [668]
GLOBULIN                          3.8                                [668]
NT-proBNP                         680      pg/mL      0 - <125       [668]
     Eval: Reference Range High:
     Eval:    <75 years              < or = 125 pg/mL
     Eval:    >/= 75 years           < 450 pg/mL
=================================================================================


Report Released Date/Time: Aug 02, 2014@13:36
Provider: MCMANUS,SHEA E
   Specimen: BLOOD.          HEM 0802 19
      Specimen Collection Date: Aug 02, 2014@13:02
      Test name             Result     units     Ref.  range    Site Code
WBC                          7.0       K/uL      4.5 - 10.0      [668]
RBC                          4.0 L     M/uL      4.6 - 5.5       [668]
HGB                         12.9 L     g/dL      13.5 - 18       [668]
HCT                         37.2 L     %         40 - 53         [668]
MCV                         93.1       fL        80 - 100        [668]
MCH                         32.2 H     pg        26 - 32         [668]
MCHC                        34.6       g/dL      32 - 36         [668]
RDW                         15.4 H     %         11 - 15         [668]
PLATELET COUNT    -          184       K/uL      150 - 400       [668]
LYMPHS %          -         17.7       %         10 - 45         [668]
MONOS %           -         21.1 H     %         2 - 14          [668]
NEUTROPHILS %     -         59.2       %         40 - 74         [668]
EOSINOPHILS %     -          0.8       %         0 - 5           [668]
BASOPHILS %       -          1.2       %         0 - 2           [668]
     Eval: PRIOR TO 1.19.2010 REF RANGE WAS 0-3.  EFFECTIVE 1.19.2010 REF RANGE
IS
     Eval: 0-2.
LYMPHS #          -          1.2       K/uL      1.2 - 3.5       [668]
     Eval: Reference ranges prior to 1.19.2010 was 1.0-4.0.  Effective
1.19.2010 the
     Eval: reference ranges are 1.2-3.5.
MONOS #           -          1.5 H     K/uL      0.0 - 0.5       [668]
     Eval: PRIOR TO 1.19.2010 REF RANGES WERE 0.2 - 0.8.  EFFECTIVE 1.19.2010
REF
     Eval: RANGES ARE 0.0 - 0.5
NEUTROPHILS #     -          4.1       K/uL      1.0 - 8.0       [668]
EOSINOPHILS #     -          0.1       K/uL      0 - 0.5         [668]
BASOPHILS #       -          0.1       K/uL      0 - 0.2         [668]
SEGS                          59       %         40 - 74         [668]
BANDS                          6 H     %         0 - 5           [668]
LYMPHS                        12       %         10 - 45         [668]
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
WRIGHT,STEVEN O | Printed at MANN-GRANDSTAFF VAMC

ROSALIA, WASHINGTON   99170

Page 35

Exhibit 2 - 99

# Progress Notes

Printed On Feb 29, 2016

```
    MONOS                              21 H   %          2 - 14       [668]
    EOSINO                              2     %          0 - 5        [668]
    NUCLEATED RBC/100WBC                1 H   %/WBC      0 - 0        [668]
    PLATCNT                        CONFIRMED                          [668]
    ANISOCYTOSIS                        1     0-4+                    [668]
    ROULEAUX                            1     0-4+                    [668]
    Comment: OCCASIONAL POLYMACROCYTES PRESENT
             20 % Toxic Granulation Seen in PMN'S.
             PLATELET CLUMPING PRESENT--NUMBER OF PLATELETS APPEAR ADEQUATE.
==============================================================================


Report Released Date/Time: Aug 02, 2014@13:25
Provider: MCMANUS,SHEA E
    Specimen: BLOOD.             COAG 0802 4
       Specimen Collection Date: Aug 02, 2014@13:02
       Test name                Result     units     Ref.  range    Site Code
aPTT   -                         28.2      Sec       23.8 - 42.3     [668]
       Eval: Heparin therapeutic range:  45.9 to 67.3 Sec.
INR    -                         1.5 H               0.8 - 1.14      [668]
       Eval: The International Normalized Ratio (INR) is recommended in
       Eval: monitoring oral anticoagulant therapy.  The recommended adult
       Eval: therapeutic range for INR is: 2.0-3.0
       Eval:
       Eval: Interpretive comments changed 2-18-10.
PROTIME -                        18.0 H    Sec      11.4 - 14.3      [668]
       Eval: Prior to 11-20-13:
       Eval: Reference ranges were 12.0-14.9
       Eval:
       Eval: Prior to 2/18/10:
       Eval: Reference Ranges were 11.7-14.4 &
       Eval: Adult therapeutic range:  23.2 to 32.0 Sec
==============================================================================

 X-RAYS: LEFT KNEE WITH MEDIAL JOINT SPACE NARROWING, SUPRA AND INFRA PATELLA
EFFUSIONS WITH SOFT TISSUE SWELLING/EDEMA. NO EVIDENCE OF FRACTURES OR
DISLOCATIONS.

 EKG: ATRIAL FIBRILLATION VR 97 NS ST/TW CHANGES



ASSESSMENT:
LEFT LEG EDEMA/ECCYMOSIS/ANASARCA
SUBTHERAPTIC WARFARIN

PLAN:
SEND OUT FOR LEFT LEG DVT EVALUATION WITH PT TO RETURN FOR ADMISSION
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON  99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 100   Page 36

# Progress Notes

Printed On Feb 29, 2016

```
/es/ SHEA E MCMANUS
MD
Signed: 08/02/2014 18:03

Receipt Acknowledged By:
08/02/2014 19:11          /es/ Medford Cashion
                               M.D.
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
WRIGHT, STEVEN O

ROSALIA, WASHINGTON   99170

VISTA Electronic Medical Documentation
Printed at MANN-GRANDSTAFF VAMC

Exhibit 2 - 101    Page 37

# Progress Notes

Printed On Feb 29, 2016

```
LOCAL TITLE: EMERGENCY DEPT TRIAGE NOTE
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: AUG 02, 2014@11:04     ENTRY DATE: AUG 02, 2014@11:04:25
      AUTHOR: PALMER,JILL R          EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED


  *** EMERGENCY DEPT TRIAGE NOTE Has ADDENDA ***

Arrived via:
  POV
    Walking

CHIEF COMPLAINT:  pt fell 1 wk ago, approx 2 ft from deck. c/o L knee, L lower
leg, and L ankle pain. presents with swelling to mentioned areas and lateral
ankle bruising. rates pain 9/10. pt arrives walking with crutches, transfered to
w/c without difficulty. pt escorted to xray by friend.

 VITALS:
   TEMP: 97.5 F [36.4 C] (07/08/2014 11:15)
   RESP: 14 (08/02/2014 11:03)
   PULSE: 83 (08/02/2014 11:03)
   BP: 116/80 (08/02/2014 11:03)
   WT: 276.8 lb [125.8 kg] (07/08/2014 11:15)
   HEIGHT: 70 in [177.8 cm] (02/27/2014 10:12)
   PAIN: 9 (08/02/2014 11:03)
   PULSE OXIMETRY:
Measurement DT      POx
                   (L/MIN)(%)
08/02/2014 11:03    92

 Medication:

Active Outpatient Medications (including Supplies):

    Outpatient Medications                                   Status
=========================================================================
1)   ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH       ACTIVE
        EVERY 6 HOURS AS NEEDED FOR PAIN
2)   ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1       ACTIVE
        PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
        NOTE NEW FORMULATION AND NEW DIRECTIONS***
3)   ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE
        DAY FOR HEART AND CIRCULATION
4)   BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS   ACTIVE
        VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
        WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
        SECONDS) BEFORE EACH USE.
5)   BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS   ACTIVE
        BY MOUTH TWICE DAILY (AT 6 AM AND 2 PM) FOR
        DEPRESSION, ANXIETY, SMOKING.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br><br>ROSALIA, WASHINGTON   99170 | Printed at MANN-GRANDSTAFF VAMC |

Exhibit 2 - 102    Page 38