RICHARD C. EYMANN
Eymann Allison Hunter Jones P.S.
2208 West Second Avenue
Spokane, WA 99201
(509) 747-0101
(509) 458-5977 (fax)

JOHN H. HOWARD, *Pro Hac Vice*
Lowthorp, Richards, McMillan,
Miller & Templeman
300 Esplanade Drive, Suite 850
Oxnard, CA 93036
(805) 981-8555
(805) 983-1967 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC WRIGHT, INDIVIDUALLY AND IN HIS CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEVEN O. WRIGHT; AND, AMY SHARP, INDIVIDUALLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA D.B.A. THE DEPARTMENT OF VETERANS AFFAIRS; and DOES 1-20, Inclusive,<br><br>Defendants. | No. 2:15-cv-00305-TOR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT FOR DAMAGES |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT
FOR DAMAGES - 1

THIS MATTER, having come on for hearing on Plaintiffs' Motion for Leave of Court to File Amended Complaint for Damages (ECF No. ___), and the Court, having considered the files and records herein, finds good cause exists to grant plaintiffs' motion.

Now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave of Court to File Amended Complaint for Damages is GRANTED. Plaintiffs are granted leave of Court to file their Amended Complaint for Damages.

DATED this _____ day of _____, 20_____.

_____
HONORABLE THOMAS O. RICE
U.S. District Court Judge

Presented by:

EYMANN ALLISON HUNTER JONES P.S.

BY  s/ Richard C. Eymann
    RICHARD C. EYMANN, WSBA #7470
    Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT
FOR DAMAGES - 2