UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC WRIGHT, individually and in his capacity as personal representative of the ESTATE OF STEVEN O. WRIGHT; and AMY SHARP, individually,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, d/b/a THE DEPARTMENT OF VETERANS AFFAIRS; MEDFORD CASHION, M.D.; SHEA MCMANUS, M.D.; ESKRIDGE ENTERPRISES, LLC.; and DOES 1-5, Inclusive,<br><br>　　　　　　Defendants. | NO:  2:15-CV-0305-TOR<br><br>ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS |

BEFORE THE COURT is the parties' Stipulation of Voluntary Dismissal (ECF No. 71).  The parties have stipulated Defendants Shea McManus, MD and Eskridge Enterprises, LLC be dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, Defendants Shea McManus, MD and Eskridge Enterprises, LLC are **DISMISSED** with prejudice and without costs.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **terminate only these Defendants from the docket**.

**DATED** December 7, 2016.



THOMAS O. RICE
Chief United States District Judge