# Exhibit A

000005

# Progress Notes

Printed On Aug 08, 2014

```
LOCAL TITLE: EMERGENCY DEPT TRIAGE NOTE
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: AUG 02, 2014@20:50    ENTRY DATE: AUG 02, 2014@23:07:14
      AUTHOR: WHITLEY,ELIZABETH A  EXP COSIGNER:
     URGENCY:                                STATUS: COMPLETED

   *** EMERGENCY DEPT TRIAGE NOTE Has ADDENDA ***

Arrived via:
  POV
    Wheelchair

CHIEF COMPLAINT: Pt dc'd home, was walking out to POV with ride home on
crutches,  lost footing and fell forward into bike rack, going between
bars  and hitting head on ground.  Lacerations, skin abrasions to rt
forehead, bump to rt forehead. No LOC, minimal bleeding to  forehead.  Pt
alert and oriented, denis pain, just scrape to  head, requesting to go
home now.

 VITALS:
  TEMP: 97.5 F [36.4 C] (07/08/2014 11:15)
  RESP: 14 (08/02/2014 20:50)
  PULSE: 81 (08/02/2014 20:50)
  BP: 113/64 (08/02/2014 20:50)
  WT: 276.8 lb [125.8 kg] (07/08/2014 11:15)
  HEIGHT: 70 in [177.8 cm] (02/27/2014 10:12)
  PAIN: 1 (08/02/2014 20:50)
  PULSE OXIMETRY:
Measurement DT      POx
                   (L/MIN)(%)
08/02/2014 20:50    92

  Medication:

Active Outpatient Medications (including Supplies):

       Outpatient Medications                               Status
==============================================================================
1)   ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH      ACTIVE
        EVERY 6 HOURS AS NEEDED FOR PAIN
2)   ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1      ACTIVE
        PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
        NOTE NEW FORMULATION AND NEW DIRECTIONS***
3)   ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
        DAY FOR HEART AND CIRCULATION
4)   BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS  ACTIVE
        VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
        WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

Page 1

000006

# Progress Notes

Printed On Aug 08, 2014

```
    LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 DISCHARGE NOTE
 STANDARD TITLE: URGENT CARE EDUCATION DISCHARGE NOTE
 DATE OF NOTE: AUG 02, 2014@20:50     ENTRY DATE: AUG 02, 2014@20:50:20
       AUTHOR: CASHION,MEDFORD      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Instructions:
 DX:  HEAD INJURY, WITHOUT CONCUSSION, CONTUSION FOREHEAD, ON WARFARIN
 PLAN:  SEE CARENOTE.  FOLLOWUP URGENT CARE AUG 4 FOR THIS INJURY.

Released to:
   Home

Follow up (by patient):
    other:
--Scheduled Appointments:
08/04/2014 14:00   DERM FOLLOW UP
08/06/2014 11:20   SPO PHARMACIST CLINIC 3
08/06/2014 13:30   POD FOOT TECH
08/15/2014 11:30   URO HEATON
08/27/2014 11:30   MHC LOCUMS-A
09/04/2014 11:00   SPO CPAP B
10/09/2014 13:00   URO HEATON

Condition:
   stable

Medication Reconciliation:
  No medication changes made during this visit. Medication reconciliation
  done with patient/caregiver. List of current medications:
  Active Outpatient Medications (including Supplies):

         Outpatient Medications                              Status
 ================================================================================

 1)    ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH     ACTIVE
          EVERY 6 HOURS AS NEEDED FOR PAIN
 2)    ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1     ACTIVE
          PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
          NOTE NEW FORMULATION AND NEW DIRECTIONS***
 3)    ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY    ACTIVE
          DAY FOR HEART AND CIRCULATION
 4)    BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS ACTIVE
          VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
          WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
          SECONDS) BEFORE EACH USE.
 5)    BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS ACTIVE
          BY MOUTH TWICE DAILY (AT 6 AM AND 2 PM) FOR
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT, STEVEN O
Redacted

Printed at SPOKANE VAMC

# Progress Notes

Printed On Aug 08, 2014

```
             DEPRESSION, ANXIETY, SMOKING.
    6)    CLOBETASOL PROPIONATE 0.05% CREAM APPLY SMALL AMOUNT      ACTIVE
             TOPICALLY TWO TIMES DAILY AS NEEDED FOR ITCHING. DO
             NOT APPLY TO FACE, GROIN, ARMPITS
    7)    DIGOXIN 0.25MG TAB TAKE ONE TABLET BY MOUTH AT            ACTIVE
             BEDTIME
    8)    DILTIAZEM (INWOOD) 240MG SA CAP TAKE ONE CAPSULE BY       ACTIVE
             MOUTH TWICE A DAY FOR BLOOD PRESSURE CONTROL. HOLD
             IF PULSE IS LESS THAN 50.
    9)    DIVALPROEX 500MG SA(EXTENDED RELEASE)TAB TAKE FOUR        ACTIVE
             TABLETS BY MOUTH AT BEDTIME  - START WITH ONE
             TABLET FOR THREE DAYS, THEN TWO TABLETS FOR THREE
             DAYS, THEN THREE TABLETS FOR THREE DAYS, THEN FOUR
             TABLETS DAILY FOR MOOD STABILIZATION, ANGER,
             ANXIETY.
   10)    HYDRALAZINE HCL 25MG TAB TAKE ONE TABLET BY MOUTH         ACTIVE
             TWICE A DAY FOR BLOOD PRESSURE CONTROL
   11)    HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
             BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN RELIEF.
   12)    HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     PENDING
             BY MOUTH EVERY 6 HOURS AS NEEDED
   13)    LIDOCAINE 4% TOP CREAM APPLY SMALL AMOUNT TOPICALLY       ACTIVE
             TWO TIMES DAILY AS NEEDED
   14)    LISINOPRIL 40MG TAB TAKE ONE TABLET BY MOUTH EVERY        ACTIVE
             DAY FOR BLOOD PRESSURE CONTROL
   15)    MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL         ACTIVE
             AMOUNT TOPICALLY EVERY DAY
   16)    MENTHOL/M-SALICYLATE 10-15% TOP CREAM APPLY SMALL         PENDING
             AMOUNT TOPICALLY EVERY DAY
   17)    PHENAZOPYRIDINE HCL 100MG TAB TAKE TWO TABLETS BY         ACTIVE
             MOUTH TWO TIMES DAILY AS NEEDED FOR BLADDER PAIN
             AND BURNING
   18)    SILVER SULFADIAZINE 1% CREAM APPLY SMALL AMOUNT           ACTIVE
             TOPICALLY TWO TIMES DAILY AS NEEDED FOR DOT/SPOT ON
             SKIN SORE UNTIL HEALED
   19)    SIMVASTATIN 40MG TAB TAKE ONE-HALF TABLET BY MOUTH AT     ACTIVE
             BEDTIME FOR CHOLESTEROL
   20)    TRAMADOL HCL 50MG TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE
             6 HOURS AS NEEDED FOR PAIN
   21)    WARFARIN NA (GOLDEN STATE) 5MG TAB TAKE TWO TABLETS       ACTIVE
             BY MOUTH SUNDAY, TUESDAY, THURSDAY, AND SATURDAY
             AND TAKE ONE AND ONE-HALF TABLETS MONDAY, WEDNESDAY
             AND FRIDAY OR AS DIRECTED BY ANTICOAG CLINIC TO
             PREVENT CLOTS
Patient/Relative or patients representative has received a copy of these
instructions and indicates understanding of these instructions.

/es/ Medford Cashion
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation

WRIGHT, STEVEN O
Redacted

Printed at SPOKANE VAMC

Page 7

000008

# Progress Notes

Printed On Aug 08, 2014

M.D.
Signed: 08/02/2014 20:52

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT, STEVEN O<br>Redacted | Printed at SPOKANE VAMC |

Page 8

# Progress Notes

Printed On Aug 08, 2014

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 NOTE
STANDARD TITLE: URGENT CARE NOTE
DATE OF NOTE: AUG 02, 2014@20:43     ENTRY DATE: AUG 02, 2014@20:43:49
      AUTHOR: CASHION,MEDFORD        EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

SUBJECTIVE:  70m c/o head injury.  He was just discharged from this ER, and was
using his crutches, when he fell into the bike rack out in our parking lot
having tripped.  A witness says his head went through the bike rack.  Pt states
his head hit the pavement but he wasn't knocked out.  He has no headache and no
neck or back pain, in fact no new pain.  .

Emergency Room nurses note reviewed.
Most recent Primary Care provider's note reviewed.
Objective:
Computerized Problem List is the source for the following:


1. CA URETER
2. Blood in urine (SNOMED CT 34436003)
3. Spontaneous ecchymosis (SNOMED CT 302228007)
4. VENOUS INSUFFICIENCY
5. Encounter for Therapeutic Drug Monitoring
(ICD-9-CM V58.83)
6. Long Term (current) use of Anticoagulants
(ICD-9-CM V58.61)
7. MILLIUM
8. Atrial Fibrillation * (ICD-9-CM 427.31)
9. Chronic Obstructive Pulmonary Disease *
(ICD-9-CM 496.)
10. Hypertension * (ICD-9-CM 401.9)
11. Obstructive Sleep Apnea (Adult) (Pediatric)
(ICD-9-CM 327.23)
12. NEURODEMATITIS
13. Hyperlipidemia * (ICD-9-CM 272.4)
14. Heartburn * (ICD-9-CM 787.1)
15. Hypertrophy (Benign) of Prostate without
Urinary obstruction (ICD-9-CM 600.00)
16. BIPOLAR I, UNSPECIFIED
17. Posttraumatic Stress Disorder
18. Osteoarthrosis, generalized
      Bilateral hip hemiarthroplasty with replacements
      Severe AO glenohumeral joints bilaterally
19. Tobacco Use Disorder

RECENT OUTPATIENT MEDICATIONS:
  Active and Recently Expired Outpatient Medications (including Supplies):

    Active Outpatient Medications                              Status
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br>Redacted | Printed at SPOKANE VAMC |

Page 9

# Progress Notes

Printed On Aug 08, 2014

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 DISCHARGE NOTE
STANDARD TITLE: URGENT CARE EDUCATION DISCHARGE NOTE
DATE OF NOTE: AUG 02, 2014@19:27     ENTRY DATE: AUG 02, 2014@19:27:10
      AUTHOR: CASHION,MEDFORD         EXP COSIGNER:
     URGENCY:                               STATUS: COMPLETED

Instructions:
 DX:  STRAIN AND CONTUSION LEFT KNEE   PLAN:  RX NORCO 5 #6 TAKEHOME AND #
16 AT WINDOW.  MUST USE YOUR KNEE IMMOBILIZER AND CRUTCHES.  CONTINUE TO
ICE AND ELEVATE.  ORTHO CONSULT FOR AUG 4.

Released to:
   Home

Follow up (by patient):
   other:
--Scheduled Appointments:
08/04/2014 14:00   DERM FOLLOW UP
08/06/2014 11:20   SPO PHARMACIST CLINIC 3
08/06/2014 13:30   POD FOOT TECH
08/15/2014 11:30   URO HEATON
08/27/2014 11:30   MHC LOCUMS-A
09/04/2014 11:00   SPO CPAP B
10/09/2014 13:00   URO HEATON

Condition:
   stable

Medication Reconciliation:
   Below is list of current medications. Patient/caregiver will notify any
   other health care provider(s) of changes.  Medications reconciled with
   patient/caregiver and patient given this updated list.
   Active Outpatient Medications (including Supplies):

        Outpatient Medications                                Status
==============================================================================

 1)    ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH      ACTIVE
         EVERY 6 HOURS AS NEEDED FOR PAIN
 2)    ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1      ACTIVE
         PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
         NOTE NEW FORMULATION AND NEW DIRECTIONS***
 3)    ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
         DAY FOR HEART AND CIRCULATION
 4)    BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS  ACTIVE
         VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
         WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
         SECONDS) BEFORE EACH USE.
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

WRIGHT,STEVEN O
Redacted

VISTA Electronic Medical Documentation

Printed at SPOKANE VAMC

# Progress Notes

Printed On Aug 08, 2014

```
LOCAL TITLE: PROGRESS NOTE
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: AUG 02, 2014@19:11     ENTRY DATE: AUG 02, 2014@19:11:39
    AUTHOR: CASHION,MEDFORD           EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: ED Progress
```

S:  70m fell onto left knee from 2 steps high on July 27.  Has been using crutches, painful to touch down, lots of swelling and bruising.  Denies f/c.

O:  Swelling purplish discoloration distal L thigh to foot, esp post.  No red streak but there is reddish poss chronic discoloration ant leg.  L knee shows mod effusion, flexes to ~80, extends to 0, tender med joint line but not lat, medial and ant lig stress painful.

xray l knee neg for fx.  US LLE done at HF neg for dvt.

A/P:  Strain and  contusion left knee, extensive ecchymosis due to warfarin.  Pt has crutches with him and knee immobilizer at home.  He has reasonable transportation and assist from nearby friends in hometown of Rosalia.  Can get to bathroom he says, and has been  up in ER walking with one crutch.

rx hc/apap 5/325 #6 takehome, #12 at window.  use crutches and knee immobilizer. consult to ortho.  pt wants to see Aug 4 when he is here for derm.

/es/ Medford Cashion
M.D.
Signed: 08/02/2014 19:21

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

# Progress Notes

Printed On Aug 08, 2014

```
LOCAL TITLE: NURSE MEDICATION MANAGEMENT-OUTPT
STANDARD TITLE: NURSING MEDICATION MGT NOTE
DATE OF NOTE: AUG 02, 2014@13:03     ENTRY DATE: AUG 02, 2014@13:03:46
      AUTHOR: PALMER,JILL R           EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

  *** NURSE MEDICATION MANAGEMENT-OUTPT Has ADDENDA ***

1300 lasix 80mg given po

/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 13:04


08/02/2014 ADDENDUM                        STATUS: COMPLETED
1530 urine output 700ml
1535 warfarin 5mg po given. enoxaparin 100mg Sub Q to L side of abd given.

/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 15:51

08/02/2014 ADDENDUM                        STATUS: COMPLETED
1930    Hydrocodone/APAP 5/325mg PO #6 given for vet's take home use per Dr.
Cashion order.

/es/ KARLA S LINTON
LPN
Signed: 08/02/2014 19:45
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

Page 17

000013

# Progress Notes

Printed On Aug 08, 2014

```
LOCAL TITLE: EMERGENCY DEPT LEVEL 1/2 NOTE
STANDARD TITLE: URGENT CARE NOTE
DATE OF NOTE: AUG 02, 2014@12:40     ENTRY DATE: AUG 02, 2014@12:40:55
      AUTHOR: MCMANUS,SHEA E         EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED


S:PT C/O FALLING APPROX 2 FT OFF OF STAIRS LAST WEEK ONTO KNEES WITH LEFT KNEE
PAIN
AND SWELLING INCREASING OVER THE LAST FEW DAYS. PT ON COUMADIN FOR CHRONIC
ATRIAL
FIBRILLATION WITH LAST INR 7/21/14 OF 3.8. PT DENIES ANY OTHER SXS.
 Emergency Dept. nurses note reviewed.
 Most recent Primary Care provider's note reviewed.
PROBLEM LIST / MEDICATIONS:
=================================================
  Computerized Problem List is the source for the following:


1. CA URETER
2. Blood in urine (SNOMED CT 34436003)
3. Spontaneous ecchymosis (SNOMED CT 302228007)
4. VENOUS INSUFFICIENCY
5. Encounter for Therapeutic Drug Monitoring
(ICD-9-CM V58.83)
6. Long Term (current) use of Anticoagulants
(ICD-9-CM V58.61)
7. MILLIUM
8. Atrial Fibrillation * (ICD-9-CM 427.31)
9. Chronic Obstructive Pulmonary Disease *
(ICD-9-CM 496.)
10. Hypertension * (ICD-9-CM 401.9)
11. Obstructive Sleep Apnea (Adult) (Pediatric)
(ICD-9-CM 327.23)
12. NEURODEMATITIS
13. Hyperlipidemia * (ICD-9-CM 272.4)
14. Heartburn * (ICD-9-CM 787.1)
15. Hypertrophy (Benign) of Prostate without
Urinary obstruction (ICD-9-CM 600.00)
16. BIPOLAR I, UNSPECIFIED
17. Posttraumatic Stress Disorder
18. Osteoarthrosis, generalized
      Bilateral hip hemiarthroplasty with replacements
      Severe AO glenohumeral joints bilaterally
19. Tobacco Use Disorder
=================================================
RECENT OUTPATIENT MEDS:
  Active and Recently Expired Outpatient Medications (including Supplies):
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

Page 18

000014

# Progress Notes

Printed On Aug 08, 2014

```
33 Total Medications
==========================================
ALLERGIES: Patient has answered NKA
O:
 VITALS:
   TEMP: 97.5 F [36.4 C] (07/08/2014 11:15)
   RESP: 14 (08/02/2014 11:03)
   PULSE: 83 (08/02/2014 11:03)
   BP: 116/80 (08/02/2014 11:03)
   WT: 276.8 lb [125.8 kg] (07/08/2014 11:15)
   HEIGHT: 70 in [177.8 cm] (02/27/2014 10:12)
   PAIN: 9 (08/02/2014 11:03)
   PULSE OXIMETRY:
    Measurement DT     POx
                     (L/MIN)(%)
08/02/2014 11:03    92
 GEN: INAD

 HEENT:Normocephalic w/o masses or trauma, PERRLA, Sclerae and conjuctivae
normal, Nose, mouth, oropharynx normal

 CHEST:
  Equal expansion bilaterally
  Clear to ausculation
 CARDIOVASCULAR: palpation normal, irregular rhythm, no rub, gallop or murmur
      3+ EDEMA LEFT LEG UP TO PELVIS/ + ANASARCA
 ABDOMINAL:soft, positive bowel sounds, not tender, no fluid, without masses,
liver normal, spleen not palpable, no hernia


Fecal occult blood test (FOBT)
     Result was Not performed.
   Internal QC check (IQC) was OK.
 NEUROLOGICAL: CN II-XII grossly intact, Reflexes 2+ and symmetrical, Motor 5/5
upper extremities, motor 5/5 lower extremities

 MUSCULOSKELETAL:
     LEFT LEG WITH ECCYMOSIS AND SEVERE ANASARCA/EDEMA

 PSYCHIATRIC:
   Mood and affect appropriate. Patient oriented X 3.
  LABS: Report Released Date/Time: Aug 02, 2014@13:38
Provider: MCMANUS,SHEA E
   Specimen: BLOOD*.            CH 0802 28
     Specimen Collection Date: Aug 02, 2014@13:02
        Test name              Result    units       Ref.   range    Site Code
SODIUM                          139      mmol/L      135 - 145        [668]
POTASSIUM                       3.7      mmol/L      3.6 - 5.4        [668]
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br>Redacted | Printed at SPOKANE VAMC |

Page 21

000015

# Progress Notes

Printed On Aug 08, 2014

```
    LOCAL TITLE: EMERGENCY DEPT TRIAGE NOTE
 STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
 DATE OF NOTE: AUG 02, 2014@11:04     ENTRY DATE: AUG 02, 2014@11:04:25
       AUTHOR: PALMER,JILL R          EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

    *** EMERGENCY DEPT TRIAGE NOTE Has ADDENDA ***

 Arrived via:
   POV
     Walking

CHIEF COMPLAINT:  pt fell 1 wk ago, approx 2 ft from deck. c/o L knee, L lower
leg, and L ankle pain. presents with swelling to mentioned areas and lateral
ankle bruising. rates pain 9/10. pt arrives walking with crutches, transfered to
w/c without difficulty. pt escorted to xray by friend.

  VITALS:
   TEMP: 97.5 F [36.4 C] (07/08/2014 11:15)
   RESP: 14 (08/02/2014 11:03)
   PULSE: 83 (08/02/2014 11:03)
   BP: 116/80 (08/02/2014 11:03)
   WT: 276.8 lb [125.8 kg] (07/08/2014 11:15)
   HEIGHT: 70 in [177.8 cm] (02/27/2014 10:12)
   PAIN: 9 (08/02/2014 11:03)
   PULSE OXIMETRY:
Measurement DT     POx
                   (L/MIN)(%)
08/02/2014 11:03   92

  Medication:

Active Outpatient Medications (including Supplies):

      Outpatient Medications                                    Status
==============================================================================
1)    ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH         ACTIVE
        EVERY 6 HOURS AS NEEDED FOR PAIN
2)    ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE 1         ACTIVE
        PUFF ORAL INHALATION FOUR TIMES DAILY ***PLEASE
        NOTE NEW FORMULATION AND NEW DIRECTIONS***
3)    ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY        ACTIVE
        DAY FOR HEART AND CIRCULATION
4)    BUDESONIDE 80/FORMOTER 4.5MCG 120D INH INHALE 2 PUFFS     ACTIVE
        VIA ORAL INHALER DEVICE EVERY 12 HOURS RINSE MOUTH
        WITH WATER AND SPIT AFTER EVERY DOSE. SHAKE WELL (5
        SECONDS) BEFORE EACH USE.
5)    BUPROPION HCL 100MG TAB TAKE ONE AND ONE-HALF TABLETS     ACTIVE
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT, STEVEN O
Redacted

Printed at SPOKANE VAMC

# Progress Notes

Printed On Aug 08, 2014

```
DISPOSITION:
  Outpatient to be seen by next available provider.

Patient positively identified using two identifiers prior to placing
wristband on patient. Patient advised and understands that the wristband
should be destroyed upon discharge because it contains sensitive patient
identification information.

  Veteran declares they are SENSITIVE to latex: No
Medication list reviewed with veteran.
  No changes required in medication list after review.
Alcohol use assessment
  Veteran doesn't use alcohol.
  Currently using tobacco products. Type: 1 pk/d
Behavioral Health Assessment
Suicide/Violence Risk Assessment:
 1. Veteran feels hopeless about the present or future.   No
 2. Has Veteran ever had a suicide attempt?               No
 3. Has Veteran had thoughts about taking his/her life
    or harming others in the past 12 months?
Answers "NO" to having thoughts of suicide or harming others.


/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 11:08

08/02/2014 ADDENDUM                         STATUS: COMPLETED
1225 pt escorted to ER room 117 via w/c. pt transfered to stretcher without
difficulty. L leg elevated.
1300 lab here to draw blood. EKG done by Craig, given to Dr Mc Manus.

/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 13:03

08/02/2014 ADDENDUM                          STATUS: COMPLETED
1310 EKG done; handed to provider for review.

/es/ Craig S. Burton
ICT
Signed: 08/02/2014 13:36

08/02/2014 ADDENDUM                         STATUS: COMPLETED

1635 pt in waiting room, "i am waiting for the ambulance." explained to patient
importance of staying in bed with leg elevated. pt refused, stated "i am sorry
to give you a hard time but i do not want to." dr macmanus notified.
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)   VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

Page 27

000017

# Progress Notes

Printed On Aug 08, 2014

/es/ CHARINA B DELEON
RN, BSN
Signed: 08/02/2014 16:39

08/02/2014 ADDENDUM                          STATUS: COMPLETED
1740 ambulance here to take pt to HFH for ultrasound of lower legs.

/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 17:44

08/02/2014 ADDENDUM                          STATUS: COMPLETED
1845 pt returned to ER via stretcher/ambulance to ER room 117.

/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 19:05

08/02/2014 ADDENDUM                          STATUS: COMPLETED
1915 IV dc'd, cath intact. report given to Karla.

/es/ JILL R PALMER
R.N.
Signed: 08/02/2014 19:20

08/02/2014 ADDENDUM                          STATUS: COMPLETED
2005   Vet d/c'd ambulatory using crutches to home via POV accompanied by
friend with all personal belongings.  NAD noted at time of dc.  Verbalized
understanding of all discharge instructions.

/es/ KARLA S LINTON
LPN
Signed: 08/02/2014 20:13

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT, STEVEN O
Redacted

Printed at SPOKANE VAMC

Page 28

000018

# Consult Requests

Printed On Aug 08, 2014

```
Current Pat. Status:      Outpatient
Primary Eligibility:      SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:             SC VETERAN
OEF/OIF:                  NO

Service Connection/Rated Disabilities
SC Percent:               70%
Rated Disabilities:       POST-TRAUMATIC STRESS DISORDER   (50%)
                          ECZEMA   (30%)

Order Information
To Service:               ORTHO OUTPATIENT
Attention:                FICKERT,MARK R
From Service:             WALK IN ER PROCEDURE
Requesting Provider:      CASHION,MEDFORD
Service is to be rendered on an OUTPATIENT basis
Place:                    Consultant's choice
Urgency:                  Next available
Earliest Appr. Date:      Aug 04, 2014
Orderable Item:           ORTHO OUTPATIENT
Consult:                  Consult Request
Provisional Diagnosis: knee strain
Reason For Request:
pain, swelling, unable to bear weight after fall onto left knee July 27.

Inter-facility Information
This is not an inter-facility consult request.

Status:                   DISCONTINUED
Last Action:              PRINTED TO

Facility
 Activity                 Date/Time/Zone       Responsible Person   Entered By
-----------------------------------------------------------------------------
 CPRS RELEASED ORDER      08/02/14 19:26       CASHION,MEDFORD      CASHION,MEDFORD
 PRINTED TO PURPLE CLERK  08/02/14 19:26
 RECEIVED                 08/04/14 09:12       FICKERT,MARK R       FICKERT,MARK R
next cons

 DISCONTINUED             08/04/14 15:22       MOSS,LINDSEY RENE    MOSS,LINDSEY RENE
Veteran deceased

 PRINTED TO PURPLE CLERK  08/04/14 15:22

Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
================================== END ==================================
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

WRIGHT, STEVEN O
Redacted

VISTA Electronic Medical Documentation

Printed at SPOKANE VAMC

Page 28

000019

# Radiology Reports

Printed On Aug 08, 2014

```
TIBIA-FIBULA 2 VIEWS

Exm Date: AUG 02, 2014@11:03
Req Phys: VINCENT,THOMAS M           Pat Loc: WALK IN ER PROCEDURE (Req'g Lo
                                     Img Loc: XRAY
                                     Service: Unknown


(Case 1039 COMPLETE) TIBIA-FIBULA 2 VIEWS         (RAD  Detailed) CPT:73590
    Proc Modifiers : LEFT
    Reason for Study: eval for fx

  Clinical History:
    fell last wk. pain to tibia. swelling

  Report Status: Verified             Date Reported: AUG 04, 2014
                                      Date Verified: AUG 04, 2014
  Verifier E-Sig:

  Report:
    Comparison: Knee radiographs from 2/5/2014

    Findings: Routine views of the left knee, left tibia and fibula,
    and left ankle were obtained in addition to an AP weight-bearing
    view of the right knee. Bony mineralization is normal. There is
    no radiographic evidence of acute fracture throughout the
    visualized left lower extremity. There is evidence of a previous,
    healed fracture of the distal tibial diaphysis. There is an
    exostosis from the proximal tibial metaphysis which likely
    reflects an osteochondroma and is unchanged over multiple prior
    knee radiographs. Ankle mortise is anatomic in alignment. There
    are no joint effusions at the ankle and knee. Corticated ossicles
    adjacent to the medial margin of the calcaneus likely sequela of
    previous injuries. There is generalized lower extremity edema.
    Platelike heterotopic ossification noted in the proximal dorsal
    calf musculature, compatible with previous muscular injury.


  Impression:
    1. Diffuse lower extremity edema without evidence of acute
    osseous injury.

    2. Unchanged appearance of proximal tibial osteochondroma and
    sequela of previous distal tibial fracture.

Primary Interpreting Staff:
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

# Radiology Reports

Printed On Aug 08, 2014

```
CHEST-2 VIEW AP/PA-LAT

Exm Date: AUG 02, 2014@12:49
Req Phys: MCMANUS,SHEA E                    Pat Loc: WALK IN ER PROCEDURE (Req'g Lo
                                            Img Loc: XRAY
                                            Service: Unknown


(Case 1045 COMPLETE) CHEST-2 VIEW AP/PA-LAT          (RAD  Detailed) CPT:71020
    Reason for Study: SHOTNESS OF BREATH

   Clinical History:
     Do in ER

   Report Status: Verified                  Date Reported: AUG 04, 2014
                                            Date Verified: AUG 04, 2014
   Verifier E-Sig:

   Report:
     Indication: Shortness of breath

     Comparison: Chest exams dated January 7, 2013, January 4, 2013,
     and February 27, 2012

     Technique: 2 views of the chest

     Findings: There is partial visualization of a left humeral
     prosthesis.  A surgical clip overlies the left glenoid.

     The patient is slightly rotated. The trachea projects slightly
     left of midline. The cardiomediastinal silhouette is stable in
     appearance. The lungs are hyperexpanded, unchanged. There is
     prominence of the central vasculature, right greater than left,
     without overt changes of pulmonary edema. There is no focal
     consolidation, pneumothorax, or pleural effusion.

     The osseous structures are stable in appearance. Remote anterior
     fracture deformities are seen involving several right-sided ribs,
     unchanged.




   Impression:
     Mild prominence of the central vasculature without overt changes
     of pulmonary edema.
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

WRIGHT,STEVEN O
Redacted

Printed at SPOKANE VAMC

000021    Page 4

# Lab Results

Printed On Aug 08, 2014

```
BLOOD              Aug 02             Reference
                   2014
                   13:02     Units    Ranges
----------------------------------------------------------------
PRTIME             18.0 H    Sec      11.4 - 14.3
INR                 1.50 H            .8 - 1.14
aPTT               28.2      Sec      23.8 - 42.3
DDIMQNT                      ug/mL FEU 0 - .49
FIBRI                        mg/dL    180 - 450
D-DIMTR                      ng/mL    0 - 400
Comments:              c
c.  Evaluation for INR:
    The International Normalized Ratio (INR) is recommended in
    monitoring oral anticoagulant therapy.  The recommended adult
    therapeutic range for INR is:  2.0-3.0

    Interpretive comments changed 2-18-10.
    Evaluation for PRTIME:
    Prior to 11-20-13:
    Reference ranges were 12.0-14.9

    Prior to 2/18/10:
    Reference Ranges were 11.7-14.4 &
    Adult therapeutic range:  23.2 to 32.0 Sec
    Evaluation for aPTT:
    Heparin therapeutic range:  45.9 to 67.3 Sec.

    Ordering Provider: Shea E Mcmanus MD
    Report Released..: Aug 02, 2014@13:25
    Performing Lab...: SPOKANE VAMC [CLIA# 50D0988115]
                      4815 N. ASSEMBLY SPOKANE, WA 99205-6185



                      ---- BLOOD BANK ----




                *** [LEGACY VISTA BLOOD BANK REPORT] ***
   The following historical information comes from the Legacy VISTA Blood Bank S
ystem
   It represents data collected prior to the installation of VBECS. Some of the
information
   in this report may have been duplicated in the VBECS report above (if availab
le).
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WRIGHT,STEVEN O<br>Redacted | Printed at SPOKANE VAMC |

Page 46

000022