# Exhibit C

000028

## 2017   CURRICULUM VITAE

**BRONWEN F. O'NEILL  MSN RN-BC CMSRN PCCN**
406 72nd St. SE
Everett, WA  98203
(425) 322-3561 (h/w)
(425) 308-8763 (cell)
bfcjoneill@comcast.net

## EDUCATION

Master of Science in Nursing, Leadership (MSN).  Seattle Pacific University, Seattle WA, June 1998
Bachelor of Science in Nursing (BSN).  Utica College of Syracuse University, Utica NY, May 1990

## STATE LICENSES and CERTIFICATIONS

Adult Family Home Administrator Certificate, June 2016
Nurse Delegation Contract (DSHS),  June 2009- June 2012
Private Duty Nursing Contract (DSHS),  December 2007
Progressive Care Certified Nurse (PCCN), AACN, November 2005
State of WA Food Worker Card, Snohomish Health District, Sep. 2004 – Sep.  2006
Certified Medical-Surgical Nurse, Academy of Medical-Surgical Nurses, April 2005
Community and Technical Colleges Vocational Technical Education Certificate, State of Washington, September 1999 - 2004
Automatic External Defibrillator (AED) Instructor, American Heart, October 1998
Certified Legal Nurse Consultant, Medical-Legal Consulting Institute, Sep. 1997-2003
Cardiopulmonary Resuscitation (CPR) Instructor, American Heart, April 1997
Orthopaedic Nurse Certified, American Nurses Association, May 1993 - May 2008
Emergency Medical Technician, WA State Dept. of Health, August 1991 & June 2015
National Registry EMT Paramedic, March 1991 – 1993
National Registry EMT, July 2015
Registered Nurse, WA State Dept. of Health, January 1991
Registered Nurse, NY State Dept. of Social & Health Services, September 1990
Advanced Cardiac Life Support (ACLS) Provider, American Heart, June 1990
Advanced EMT IV Paramedic, NY State Dept. of Transportation, August 1990 - 1993
Water Safety Instructor, American Red Cross, March 1990 - 1992
Licensed Practical Nurse (LPN), NY State DSHS, December 1989 (inactive)
Certified Home Health Aide (CHHA), NY State DSHS, January 1987

## PROFESSIONAL ORGANIZATIONS

American Association of Neurological Nurses, member since January 2012
International Association of Forensic Nurses, member since August 2006
American Association of Critical Care Nurses, member since June 2005
Academy of Medical-Surgical Nurses, member since January 2003
Puget Sound Chapter of the AALNC, member since January 1999- 2013
American Association of Legal Nurse Consultants, member since March 1998
Washington State Nurses Association, member since March 1996
Med/Surg Education & Practice Committee (PEMC), January 1995 – January 2005
National Association of Orthopaedic Nurses, Chapter 085, March 1993 – Jan. 2006


## PROFESSIONAL EXPERIENCE

Summer 2000 to present.  CAMP NURSE @ Camp KenMont (CT), Kennybrook (NY) Homeward Bound (NY), Camp Hilltop (NY), Camp Echo (NY), Camp Patterson (WA), Camp Erin (WA)
   Responsibilities include routine and as needed medication administration, education, and first aide/pre-hospital management of medical incidents and traumatic injuries to staff and campers.

January 2007 to present.  PRIVATE DUTY NURSE  through WA State Department of Health and Human Services (DSHS), Arlington WA
   Caring for a young ventilator-dependent quadriplegic in the home.  Includes care of and changing tracheostomy, gastrostomy tube, suprapubic catheter, with range of motion, wound and personal care.

January 1991 to present.  STAFF NURSE @ Providence Regional Medical Center Everett Colby Campus (Formerly Providence Everett Medical Center, Formerly General Hospital and Medical Center), Everett WA
   On 4A the patient population includes medical telemetry, renal failure/dialysis, thoracic surgery, vascular surgery, medical neurology, and seizure monitoring.  Have also worked as the evening CHARGE NURSE for one year with a staff of 60 employees; designating patient assignments and coordinating care with staffing and the nursing supervisor as well as with other departments in the hospital.
   I also oriented to the ED and have done occasional night shifts in the Emergency Department and as a PRN nurse who enters patient admission information . September 2007 I began doing stroke and total joint replacement data abstraction.  October – December 2007, along with 8 other instructors, trained ~ 600 staff in our new electronic health record, a McKesson product.

December, 2012 - present.  TRIAGE AFTER HOURS NURSE @ Providence Hospice and Homecare of Snohomish County.
   Working evening or night shift, we enter orders, make time of death visits, triage and

manage problems over the phone or in person, including in the home, an institution, or emergency department. Provide comfort, support, education, resources, and postmortem care to patients and families on hospice services.

January 2007 to 2011. INTERIM CLINICAL DIRECTOR @ Medical Staffing Network (MSN), Lynnwood, WA

September 2008 to June 2009. CLINICAL NURSING INSTRUCTOR @ Shoreline Community College, Shoreline WA, January 2005 to June 2005 @ Skagit Valley Community College, Mount Vernon WA May 1998 to December 2001 @ Everett Community College, Everett WA

February 1991 to May 2001. PEDIATRIC HOME HEALTH NURSE @ HealthTeam Northwest (Formerly Pediatric Home Care), Bothell WA

October 1986 to January 1991. NURSES AIDE to STAFF NURSE @ St. Luke's Memorial Hospital Center, New Hartford, NY

## AWARDS and RECOGNITION

P.R.I.D.E. IIIC Program successful completion, Awarded June 2000 through 2011
P.R.I.D.E. (formerly Clinical Recognition) 3 (Certified), Awarded November 1999
Clinical Recognition Program Component 2 (Certified), Awarded November 1998
Clinical Recognition Program Component 2, Awarded November 1997
Clinical Recognition Program Component 1, Awarded April 1996

## PUBLICATIONS and PRESENTATIONS

O'Neill, B. (May 24, 2016) "Neuro Core Day: Management of the patietnt with Spinal Cord Injury": PRMCE
O'Neill, B & 4 others (April 23, 2016) Specialty Panel presentation at The Nursing Students of Washington State Convention, Kirkland, WA
O'Neill, B. (November 11, 2015) "Head Injury: Lasting Impact", Everett, WA
O'Neill, B. (June 19, 2015) "Anatomy and Physiology 101 for Attorneys: Head Injuries": Seattle, WA
O'Neill, B. (May 21, 2014) "Anatomy and Physiology 101 for Attorneys: Head Injuries": Seattle, WA
O'Neill, B. (May 16, 2013 "Anatomy & Physiology 101 for Attorneys: The Neck": Seattle, WA
O'Neill, B. (Sep 18, 2012) "Stroke Standards of Care": PSAALNC: Kirkland, WA
Newmans, L. & O'Neill, B (July 9, 2011) "Truth or Consequences: The Art of Providing Expert Testimony", PRMCE
Galicia, S. & O'Neill, B. (Oct. 1, 2009) Paramedic Run Review: Snohomish Co. Lynnwood, WA

O'Neill, B. (May 28, 2009) "Stroke" [prepared by A. sHarper], PRMCE
O'Neill, B. (April 29, 2009) "TIA: Documentation for CEU Staff", PRMCE
O'Neill, B. & Simon, J. (April 8, 2009) "When Things Go Wrong: The Role of the LNC", Shoreline, WA
Newman, L. & O'Neill, B (March 17, 2009) "Anatomy of Case Review", Tacoma WA
Harper, A. & O'Neill, B (Feb 6, 2009) Co-Coordinators "Neurosciences Update", Marysville, WA
O'Neill, B. (May 6, 2009) Poster presentation: "Stroke Patients" and "Summer Camp Nursing", PRMCE
  Nurses Day Celebration
O'Neill, B. (Sept 6 & Dec 12, 2006) "Lift Equipment" for Tele Skills Fair 2006 PEMC
O'Neill, B. (Sept 22, 2006) "Chest Tubes" for Telemetry Skills Fair 2006 PEMC
O'Neill, B. (March 10, 2006) "Tough Issues in Documentation of Patient Care" for WSTLA Nurses' Law School, WA
O'Neill, B. (April 11, 2005) "Current Issues and Trends" PP for Med-Surg Prep, PEMC
O'Neill, B., Dibble, C., & Kratz, R. (March & April, 2005) "Mandatory Jeopardy, PEMC
O'Neill, B. (Jan 17, 2005) "Pain" PP presentation for Med-Surg Prep Course PEMC
O'Neill, B. (May, June 2004) "First Annual CNA Skills Fairs" PEMC
O'Neill, B. (Dec 2002) "Cardiac & Pulmonary Overview" Cedar Park Christian School
O'Neill, B. (May & June 2002) "Code 4 Review" PEMC
McReynolds, M. & O'Neill, B. (April 2000) "Congestive Heart Failure: Foundations for Optimal Care." 1.2 contact hours PEMC
McReynolds, M. & O'Neill, B. (Sept 1999) "Update on Universal Precautions and Respiratory Isolation" 1.2 contact hours PEMC
O'Neill, B. & Jackson, W. (Oct 1999) "Assessing Lab Values" PEMC
O'Neill, B. & Kisler, K. (Sept 1997) "Trouble-Shooting Chest Tube Systems" PGMC
O'Neill, B. (1995). Teaching the Tools of Our Trade. Horizons 2(5), 2-3.
O'Neill, B. (1996). Osteogenesis Imperfecta: Brittle Bone Disease. Horizons 3(1), 3.
O'Neill, B. (1996). PGMC Nurses Head Back to School. Horizons 3(1), 4.

**CONTINUING EDUCATION/CONTACT HOURS OBTAINED**

2017
  Mosaic of Critical Care Topics, Everett, WA March 10, 2017
  2017 West Region EMS Conference, Ocean Shores, WA Feb 24-25, 2017

2016
  The Adult Family Home Administrator Training, Seattle, WA, May 3-June 14, 2016
  2016 Neuro Core, Everett, WA, May 24, 2016
  Manager Mental Health Specialty Training, Marysville, WA April 19, 2016
  Manager Dementia Specialty Training, Marysville, WA April 18, 2016
  Developmental Disabilities Specialty Training through DSHS, Everett, WA April 12-14, 2016
  A Mosaic of Critical Care Topics, Everett, WA, March 11, 2016
  FEMA: Incorporating Whole Community Inclusive Planning into the Emergency Mangement Process, Everett, WA , Feb 18, 2016

2015

    Washington State's 12th Annual Conference on Abuse of Elders and Adults with Disabilities, WA, October 29, 2015
Academy of Medical-Surgical Nurses 24th Annual Convention, NV, Sept 24-17
2015 Neuro Core/5th Annual Stroke Education Fair, WA, September 11, 2015
2015 Get with the Guidelines Cardiovascular and Stroke Workshop, WA, June 9-10
Washington State Nurses Convention, WA, April 22-24
Mosaics of Critical Care Topics, WA, March 13, 2015
Disaster Mental Health Fiedl Provider, WA, Jan 23, 2015

2014

    Innovative Solutions to Enhance Your Practice, Vancouver, Canada, November 7,
4th Annual Stroke Education Fair, WA, September 11, 2014
Basic 12-Lead ECG Interpretation, WA, June 6, 2014
New York Infection Control and Prevention, on-line, April 22, 2014
AALNC Legal Nurse Consulting Educational and Networking Forum, CO, Apirl 3-5,
Mosaics of Critical Care Topics, WA, March 14, 2016
Lighting the Fire of Nursing Research, WA, March 3, 2014
Nurse Legislative Day, WA, February 24, 2014
CNRN Review Course: 2014 (Day1), WA, January 27-28, 2014
FEMA National Incident Management Systems (NIMS) An Introductin, on-line, January 26, 2014
FEMA Introduction to Incident Command System ICS-100, on-line, January 25, 2014

2013

    21st Annual Cardiovascualar Care Update Conference, WA December 6, 2013
Courthouse Orienation and Day of Observation and Analysis, WA, October 30, 2013
Timely Updates in Acute Stroke Care, WA, Oct 4, 2013
Washington Nursing Law 2013, WA, September 9, 2013
On Grief and Grieving, WA June 4, 2013
WSNA 2013 Biennial Convention, WA May 103, 2013
NTI: A Slice of AACN (no CE), NV, April 1-5, 2016
Northwest Chapter AANN CNRN Review Course, WA, January 17, 2013

2012

    20th Annual Cardiovascular Care Update, WA, December 7, 2012
Legal Nurse Trials and Tribulations: Courtroom Testimony, WA, October 9, 2012
2nd Annual Stroke Educational Fair, WA, September 26, 2012
Emergency Services Conference, WA, March 15, 2012
Mosaic of Critical Care Topics, WA, March 2, 2012
Leaping Into the FutureL Initiating Evidence Based Practice, WA, February 29, 2012

2011

    CMI Suicide & Self-Mutilation, WA Dec 13, 2011
    17th Annual Cardiovascular Care Update, WA, December 2, 2011
    TAANA 30th Annual Meeting & Education Conference, WA, November 10-12, 2011
    CMI Psycholpharmacology:  What You Need to Know about Psychiatric Medications, WA October 27, 2011
    Building Competency Through Nurse Delegation 2011, WA, October 21, 2011
    Neurosciences Conference, WA, May 13, 2011
    Implementing the Nurse Delegation Program in Your Washington State Practice, WA May 11, 2011
    WSNA 2011 Biennial Convention, WA, April 28-29, 2011
    First Annual North Puget Sound Research Symposium: Navigating the Sea of Pandemonium, WA March 31, 2011

2010

    Leadership Excellence and People Management for Heatlhcare Professionals, WA, September 17, 2010
    CNRN Review Course, WA, September 8-9, 2010
    The AHA/ASA 2nd Annual Stroke Symposium, WA, June 15, 2010
    Emergency Services Conference, WA, May 14, 2010
    PESI Childhood Neurology, WA April 19, 2010
    AALNC 2010 National Educational Conference, PA, March 24-27, 2010
    A Mosaic of Critical Care Topics, WA, March 4, 2010

2009

    17th Annual Cardiovascular Care Update, WA, December 4, 2009
    AACN 33rd Annual Symposium:  Currents in Critical Care, WA, Oct 20 – 21 2009
    Riding the Waves of Success – A LNC Continuing Nursing Education Cruise, WA and Canada, Oct. 3 & 4, 2009
    DSHS:  Nurse Delegation Annual Conference, WA, October 16, 2009
    Stroke Systems of Care:  Working Together to Save Time, Brain, and Lives, WA, June 16, 2009
    DSHS:  Nurse Delegation Orientation May 18, 2009
    WSNA:  Annal Convention, WA, April 30 – May 1, 2009
    Neurosciences Update Conference, WA, February 6, 2009

2008

    16th Annual Cardiovascular Care Update, WA, December 5, 2008
    AHA Get With the Guidelines – Stroke Workshop, WA, Dec. 3, 2008
    PSAALNC:  Voyage to your Successful LNC Practice, WA, October 3, 2008
    Vascular Assessment, WA, May 28, 2008
    Strategies for Excellence in Stroke Care, WA, May 14, 2008
    AACN Critical Care Conference, WA, March 7, 2008
    WSTLA:  Nurses' Law School 2008, WA, February 22, 2008

2007

    IHC: Situation Manager Training, WA, October 3 – 4, 2007
    SEAK Expert Witness Conference, MA, June 21 - 22, 2007
    AALNC Eighteenth Annual Education Conference, TX, April 25 - 29, 2007
    AACN Critical Care Conference, WA, March 1, 2007
    Medical-Surgical Symposium, WA, February 9, 2007

2006

    14th Annual Cardiovascular Care Update, WA, December 1, 2006
    EKG's for the Faint of Heart, WA, October 3, 2006
    1st Annual Inpatient Medicine Conference, WA, October 6 - 7, 2006
    Wound Care for the Healthcare Professionals, WA, October 26, 2006
    Forensic Nursing: A Global Response, BC Canada, September 27 - October 1
    Legal Nurse Consulting: The Future is Now, WA, September 15, 2006
    AALNC Seventeenth Annual Education Conference, GA, March 22 – 25, 2006
    WSTLA Nurses' Law School: Facing the Tough Decisions, WA, March 10, 2006
    AACN Critical Care Conference, WA, March 3, 2006

2005

    Academy of Medical Surgical Nurses: 14th Annual Convention, NV, Oct 27 - 30
    Nurses Count: Maintaining Your Value, WA, April 26, 2005
    AALNC Sixteenth Annual Education Conference, CA, March 30 – April 2, 2005
    Med-Surg Prep Course, January – April, 2005
    Blood Conservation, WA, February 10, 2005

2004

    12th Annual Cardiovascular Care Update, WA, December 3. 2004
    Diabetes Update Conference, WA, November 12, 2004
    2004 Washington Nursing Law, WA, November 2, 2004
    The Medical Legal Puzzle, WA, October 22, 2004
    Violence Prevention Workshop, WA, August 17, 2004
    Creative Leadership Crash Course, WA, June 15, 2004
    Preventing a Crisis! Subclinical Signs of Impending Doom, WA, May 16, 2004
    AALNC Fourteenth Annual Conference, IL, March 31- April 3, 2004
    NACLNC Eighth Annual Conference, CA, March 5 - 7, 2004
    Transfers & Mobility of the Obese Patient, WA, February 12, 2004
    WSNA 22nd Annual Nurse Legislative Day, WA, January 26, 2004

2003

    11th Annual Cardiovascular Care Update, WA, December 4, 2003
    WSTLA Nurses' Law School: Medicine You Can Really Use, WA, Nov. 6, 2003
    AALNC Thirteenth Annual Education Conference, PA, April 9 – 12, 2003
    Medical/Surgical Nursing, NV, March 24 – 26, 2003
    AACN Critical Care Conference, WA, February 28, 2003

<u>2002</u>

    ED Mandatory Skills Day, WA, October 31, 2002
    Skills Fair 2002, WA, June 7, 2002
    NAON 23rd Annual Congress, NV, May 19 – 23, 2002
    Medical/Surgical Symposium, WA, March 12, 2002
    NACLNC Seventh Annual Conference, NV, March 9 – 11, 2002
    19th Annual Mosaic of Critical Care Topics, WA, March 1, 2002
    Smallpox, Anthrax, & Pathogenic Microbes, WA, January 25, 2002

<u>2001</u>

    Neonatal Resuscitation, WA, October 17, 2001
    Documentation in the Real World, WA, October 15, 2001
    WSTLA Nurses' Law School: A Legal Odyssey, October 11, 2001
    2001 Medical Surgical Skills Validation, WA, June 4, 2001
    AALNC Twelfth Annual Education Conference, CO, April 19 - 21 2001
    Critical Care (CCRN) Review Course, WA, March 23, 30 & April 6 2001
    Documentation: Through the Attorneys Eyes, WA, March 2001
    AACN Critical Care Conference, WA, February 2001
    Teachers & Learners: Partners in Change, NV, January 3 - 6 2001

<u>2000</u>

    8th Annual Cardiovascular Care Update, WA, December 2000
    Self-Study - AIDS Education for Health Care Professionals, WA, June 2000
    Medical/Surgical Symposium, WA, June 2000
    20th Annual Congress, NAON, CO, May 20 - 24 2000
    AALNC Eleventh Annual Education Conference, MO, April 27 - 30 2000
    Basic Principles of Nursing Care in Orthopedic Trauma, WA, April 2000
    Identification of Human Skeletal Remains, WA, March 13 & 15 2000
    NACLNC Fifth Annual Conference, FL, March 8 - 11 2000
    WSNA 18th Annual Nurse Legislative Day, WA, January 2000

<u>1999</u>

    WSTLA Nurses' Law School: Legal Issues for Nurses, WA, October 1999
    Conflict Resolution and Confrontation Skills, WA, October 1999
    1999 Med Surg Skills Validation, WA, October 1999
    Medical-Legal Issues for the New Millennium, WA, October 15 & 16 1999
    Vascular Services Training Program, WA, June 4, 8, 9, 11 1999
    AALNC Tenth National Education Conference, NV, April 22 - 25  1999
    Medical/Surgical Symposium, WA, April 1999
    NACLNC Fourth Annual Conference, TX, March 3 - 6  1999
    WSNA 17th Annual Nurse Legislative Day, WA, February 1999
    AACN 16th Annual Mosaic of Critical Care Topics, WA, January 1999

## 1998
    6th Annual Cardiovascular Care Update, WA, December 1998
    Vascular Update, WA, December 1998
    Heartsaver AED Program, WA, November 1998
    Parent Teacher Association (PTA) Legislative Assembly, WA October 23 - 24
    Medical/Surgical Update, WA, May 1998
    AALNC Ninth National Education Conference, TX April 22 - 25 1998
    NACLNC Third Annual Conference, TX March 4 - 7  1998
    WSNA 16th Annual Nurse Legislative Day, WA, January 1998
    AACN 15th Annual Mosaic of Critical Care Topics, WA, January 1998

## 1997
    Fifth Annual Cardiovascular Care Update, WA, December 1997
    Med/Surg Skills Fair, WA, September 1997
    Medical-Legal Consulting, WA, August 1997
    Administering Tuberculosis Tests, Snohomish Co. Health Dept, WA, July 1997
    Oncology Orientation, WA, June & July 1997
    Respiratory Care Update, WA, June 1997
    ACLS Reverification Education Course, WA, May 1997
    Management Skills for the New or Prospective Manager, WA, February 1997

## 1996
    Diabetes Update and Self-Management Skills Seminar, WA, September 1996
    8th Annual Update on Cardiac Care, WA, April 1996
    Telemetry Skills Certification, WA, June 1996

## 1995
    The F. Richard Dion 16th Annual Pediatric Update, WA, December 1995
    ACLS Education Course, WA, October & November 1995
    Selected Topics in Renal/Endocrine Critical Care, WA, October 1995
    Selected Topics in Cardiac Critical Care, WA, October 1995
    Basic ECG Interpretation, WA, October 14-16 1995
    Becoming A Love and Logic Parent, WA, January - March 1995
    Constructive Conflict Management Skills, WA, March 1995
    Manage Conflict and Maintain Emotional Control for Women, WA, March 1995
    Cancer Chemotherapy Workshop, WA, March 1995

## 1990 – 1994
    13th Annual Conference on Pre-Hospital Medicine, September 10 & 11, 1994
    Building Collapse, WA,  March 1994
    Urban Search and Rescue, WA,  March 1994
    The Big Picture:  Caring for the Patient with Diabetes, WA, November 1993
    Acute Care Nursing: 4th Annual Symposium, WA,  May 1993
    Working with Families: Psychosocial Issues in Families of Medically Fragile, Developmentally Delayed, or Disabled Children, WA, February 1993
    Respiratory System: Assessments/Ins and Outs of Ventilators, WA, January 1993

Medical Care in the Air, WA, October 1992
Coursework/Training in the Identification and Reporting of Child Abuse and Maltreatment, NY, June 1992
Emergency Vehicle Accident Prevention, WA, April 1992
Burn to Learn, WA, April 1992
Search and Rescue I, WA, April 1992
Firefighting Fundamentals, WA, June 1991
Advances in Acute Care Nursing: 3rd Annual Symposium, WA, March 1992
Home Care for Ventilator Dependent Children, WA, February 1991
Prehospital Pediatric Care Course, NY, July 1990
Electrocardiogram (EKG) Techniques, NY, August 1990

## COMMUNITY SERVICE/VOLUNTEER

Editorial Board/proofreader for Northwest Nursing News: It Takes a Team, January 2016- present.
Snohomish County Volunteer Search and Rescue: Operations Support Unit, November, 2015 – November 2016
Medical Reserves Corps of Snohomish County, December, 2013 – present
Medical-Surgical Nursing Certification Board Test Development/Item Writer, January 2007 to July 2012
Community CPR for Boy Scouts, Marysville, WA, March 20, 2008
Road to Recovery (American Cancer Society), December 2007 - 2010
Totem Falls Elementary School, Room Parent Assistant, October 2007 - present
MSNCB Item Writing Committee,Pitman, NJ, January 2007 - present
North Lake Middle School PTSA, October 2006 - 2007
Sunnycrest PTO, Unit ID # 869419, September 2005 - September 2006
Henry M. Jackson High School PTSA, October 2003 - 2005
Warm Beach Christian Camp & Conference Center, June 2003 - present
Boy Scouts of America, Pack 120 Charter representative, 2003 - 2005
Boy Scouts of America, Pack 120 Den Leader, September 2002 to 2003
Disaster Preparedness Committee, SF PTA September 2001 – 2004
Teddy Bear Patrol Committee, SF PTA September 2001 - 2004
Nurses Aide Education Committee, May 1999 to March 2006
Legs for Life Peripheral Arterial Disease Screening, Oct 1999 & Sep 2000
Fire District 111 Holiday Harvest, November 1998 - 2000
American Diabetes Association Walktoberfest, October 1996 & 1997
Volunteer Firefighter/EMT-D, May 1991 to January 1998
Silver Firs Parent Teacher Association 7.3.44, December 1993 to 2004
COCVAC Volunteer Paramedic, September 1990 to January 1991
COCVAC Volunteer EMT, July 1989 to September 1990