# Exhibit E

000051

**In the Matter Of:**

*ERIC WRIGHT vs*

*UNITED STATES*

*ELIZABETH FORD*

*October 24, 2016*

**SPOKANE REPORTING SERVICE, INC.**

800-759-1564

*www.spokanereporting service.com*

000052

```
 1   A   I don't recall.
 2   Q   Okay.  And I'll just -- let me ask it one more time,
 3   one more -- in a different way.
 4              Do you recall anything Matt told you about
 5   Mr. Wright?
 6   A   I don't recall.
 7   Q   Okay.  Did Matt say anything to you about seeing Mr.
 8   Wright outside, appearing to Matt to be in some kind of
 9   distress?
10   A   I don't recall that.
11   Q   When -- well, strike that.
12              After Matt presented him -- Mr. Wright to
13   you, and completed his discussion with you, what do you
14   recall happening next with respect to Mr. Wright?
15   A   All I recall is what I read in his record.
16   Q   Let's go to that.  Let's go to page one of Exhibit 1.
17              This is a triage note authored by yourself,
18   is it not?
19   A   Yes.
20   Q   And I'm assuming -- when I look at these notes, I'm
21   assuming that this is you guys went -- you guys went
22   online --
23              This is computerized, isn't it?
24   A   Yes.
25   Q   And so when we look at these times, these times, the
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.   421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com           Spokane, WA   99210

000053

```
 1   Q    After he fell and hit his head?
 2             MR. DERRIG:  I'm going to object to the form.
 3   You can go ahead and answer.
 4   A    I don't recall specifically.
 5   Q    (By Mr. Howard)  Do you recall the issue with Mr.
 6   Wright having a CAT scan or not the evening of August
 7   2nd, 2014?  Do you recall that issue ever being discussed
 8   in your presence?
 9   A    I don't recall.
10   Q    Do you recall if you made mention of whether he
11   should or shouldn't have a CAT scan on August 2nd, 2014?
12   A    I do not recall.
13   Q    As you sit here now, do you recall if you had an
14   opinion as to whether or not Mr. Wright should have a CAT
15   scan on August 2nd of 2014?
16   A    Can you clarify that question?
17   Q    Yeah.  Do you recall --
18             I'm asking you to think back to the evening
19   of 2014, and I'm asking you if you recall believing or
20   having an opinion that Mr. Wright should have a CAT scan
21   that night?
22   A    Yes.
23   Q    What was your opinion?
24   A    He should.
25   Q    Did you share that opinion with Dr. Cashion?
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000054

```
 1   A    I don't remember a specific conversation.
 2   Q    Do you have a general recollection, however, that
 3   some time that evening before Mr. Wright left the
 4   hospital you did advise Dr. Cashion in your opinion this
 5   patient should have a CAT scan?
 6               MS. MCAMIS:  Objection.
 7               MR. DERRIG:  Objection to form.
 8               MS. MCAMIS:  Join.
 9   A    My recollection, to the best of my memory, I remember
10   discussing injuries and asking about possible further
11   testing, but not advising a physician.
12   Q    (By Mr. Howard)  When you say "discussing," this
13   would have been a discussion between yourself and Dr.
14   Cashion?
15   A    Yes.
16   Q    Okay.  Do you recall what Dr. Cashion's response was
17   during that discussion you had with him about Mr. Wright
18   having a CAT scan?
19   A    I don't --
20               MR. DERRIG:  I'm going to object to the form.
21   You can go ahead and answer.
22   A    I don't recall.
23   Q    (By Mr. Howard)  Why did you believe Mr. Wright
24   should have a CAT scan that night?
25               MS. MCAMIS:  Object to the form.  Lack of
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000055

```
 1   foundation.
 2              MR. DERRIG:  Yeah, I'm going to object as
 3   well.  Go ahead.
 4   Q   (By Mr. Howard)  That's what we do.  Now she's
 5   getting in too.
 6   A   He fell, hit his head, and he's on Coumadin.
 7   Q   Were you aware that night that in addition to being
 8   on the Warfarin he was taking aspirin?
 9   A   Let me review his --
10              Well, it's on his med list, baby aspirin.
11   Q   So you would have been aware of it that night,
12   correct?
13   A   Reviewing his med list, yes.
14   Q   Were you aware that night that he also subcutaneously
15   was given an injection of Enoxaparin?
16   A   I don't recall that.
17   Q   Are you aware that Mr. Wright did not have a CAT scan
18   that night?
19   A   Yes.
20   Q   Do you know why Mr. Wright did not have a CAT scan
21   that night?
22   A   I don't recall.
23   Q   Do you have an understanding as to why Mr. Wright did
24   not have a CAT scan that night?
25   A   He wanted to go home, and the physician assessed him
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000056

```
 1   and went over all the previous lab work and came to the
 2   conclusion that he could go home.
 3   Q   Did you read Dr. Cashion's deposition?
 4   A   No.
 5   Q   Do you -- at the time -- well, strike that.
 6             Do you know if Mr. Wright had been in the
 7   emergency room for more than a couple of hours when Dr.
 8   Cashion released Mr. Wright that night?
 9   A   Which visit are you talking about?
10   Q   That night, after he hit his head.
11   A   He was only in the -- according to these times, in
12   the ER after he hit his head a brief time period.
13   Q   Is that your recollection as you sit here now, he was
14   only in there a brief period?
15   A   Looking at -- I don't recall the exact amount of time
16   he was in the ER after hitting his head.
17   Q   Do you remember being so busy the night Mr. Wright
18   was there that you had to delay inputting into the
19   computer the information that's now in the chart?
20             MR. DERRIG:  I'm going to object to the form.
21   A   I don't recall specifically.
22   Q   (By Mr. Howard)  Do you know if it was Dr. Cashion's
23   suggestion that Mr. Wright go home or that it was at Mr.
24   Wright's request that he go home that night?
25   A   Mr. Wright requested but I don't know the entire
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000057

```
 1   Q   Do you remember examining any time that night Mr.
 2   Wright?  Doing a physical exam on Mr. Wright?  Do you
 3   remember doing a physical exam on him?
 4   A   I don't recall, but I charted --
 5   Q   Right.
 6   A   -- that I assessed him.
 7   Q   And in the chart you found that his lower extremities
 8   were functioning within normal limits, correct?
 9   A   For his current state, yes.
10   Q   What does that mean, "for his current state"?
11   A   How is he today.  I can just go off what I charted.
12   Q   If -- if he was unable to put weight on one of his
13   extremities, would you have reflected that in your chart?
14   A   I would have.
15   Q   Did you get a pass down from any of the nurses who
16   examined Mr. Wright earlier in the day before he fell?
17   A   I don't recall.
18   Q   Okay.  Do you recall the issue of Mr. Wright being
19   diagnosed by a Dr. McManus with ecchymosis and a severe
20   anasarca?
21   A   I don't recall.
22   Q   You don't recall anybody doing that?
23   A   (Shakes head).
24            MR. HOWARD:  Okay.  Let's take a short break.
25            VIDEOGRAPHER:  Going off the record.  The
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000058

```
 1   attempting to triage Mr. Wright?
 2           MR. DERRIG:  I object to the form.
 3   A   I don't recall.
 4   Q   (By Mr. Howard)  Okay.  I asked you earlier if you
 5   recall discussing Mr. Wright's care with Nurse Linton.
 6   And I think you told us you really don't recall
 7   discussing Mr. Wright's care on August 2nd of 2014; is
 8   that true?
 9   A   I don't recall.
10   Q   Do you recall if Nurse Linton or Dr. McManus or
11   anyone informed you that they thought Mr. Wright should
12   be retained overnight for observation on August 2nd of
13   2014?
14   A   I do not recall that.
15   Q   Did you have any -- an opinion as to whether or not
16   Mr. Wright should be retained overnight for observation
17   on August 2nd of 2014?
18           MS. MCAMIS:  Object to the form.  Lack of
19   foundation.
20           MR. DERRIG:  I'll join.  You can go ahead and
21   answer.
22   A   My opinion?
23   Q   (By Mr. Howard)  Yes, ma'am.
24   A   I think he should have been just observed overnight.
25   Q   And I want to make sure I get the timing right.  I
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000059

```
 1   understand in retrospect, everybody agrees on that, but
 2   on August 2nd of 2014, was it your opinion that Mr.
 3   Wright should be retained overnight for observation?
 4              MR. DERRIG:  Objection to the form.
 5              MS. MCAMIS:  Join.
 6              MR. DERRIG:  You can go ahead and answer.
 7   A   My opinion, he really wanted to go home, in my --
 8   from what I charted.  But my opinion was that he should
 9   be watched.
10   Q   (By Mr. Howard)  Do you recall whether or not you
11   advised Mr. Wright to stay overnight and --
12              In other words, to inform him that going home
13   was not a good idea?
14              MR. DERRIG:  Object to the form.  Go ahead.
15   A   I do recall going over the risks of head bleed --
16   bleeding of the head.
17   Q   (By Mr. Howard)  Do you recall going over the care --
18   the care sheet with Mr. Wright along the -- you know, in
19   that context?
20   A   I don't recall that.
21   Q   Do you recall informing Mr. Wright that you felt he
22   should stay overnight at the hospital?
23   A   I don't recall that specifically.
24   Q   Do you recall telling Dr. Cashion that you felt that
25   Mr. Wright should be retained overnight for observation?
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com           Spokane, WA  99210

000060

```
 1   Gone up the chain?
 2   A    Yeah, you can always do that.
 3   Q    Okay.  And that is the same for if you had wanted to
 4   go up the chain of chain of command about Mr. Wright
 5   obtaining a CT, you could have done that as well?
 6             MR. EYMANN:  Form.
 7   A    Yes.
 8   Q    (By Ms. McAmis)  Okay.  And you didn't do that in
 9   this case?
10   A    I didn't do that.
11   Q    Did you document anywhere in the chart that you
12   thought a CT should have been considered for Mr. Wright?
13   A    No.
14   Q    Did you ever say anything to the patient about
15   whether or not he should have a CT or should stay
16   overnight for observation?
17   A    I don't recall.
18   Q    Okay.  If you had made that recommendation to the
19   patient, would you have documented that?
20   A    It's hard to answer that question like you --
21   Q    Okay.
22   A    When you get to charting at 11 o'clock, sometimes you
23   don't chart everything.  If that happened.
24   Q    But there's nothing in your chart note to indicate
25   that you had discussed with Mr. Wright that he should
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.   421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereportingservice.com            Spokane, WA  99210

000061

```
 1   on Warfarin and had experienced a head injury?
 2   A   Yes.
 3   Q   Okay.  So there was nothing about how Mr. Wright
 4   appeared to you at the time you examined him or were
 5   caring for him other than those two factors that would
 6   make you think that he needed to stay or have the head
 7   CT?
 8           MR. EYMANN:  Form.
 9   A   Yes.
10   Q   (By Ms. McAmis)  Yes, that's correct?
11   A   Yes.
12   Q   Okay.  Now, you assigned an ESI of 4.  At what point
13   in the care that you provided to Mr. Wright would you
14   have assigned that ESI 4?
15   A   When I first see -- see the patient I determine that.
16   Q   Okay.  Is there anything in your assessment that
17   indicates --
18           Well, let me ask you this.  You said -- you
19   said that you thought the patient should get a head CT.
20   At what point do you remember thinking that?
21   A   I don't recall.
22   Q   Okay.  Is it possible that you remember thinking that
23   after you learned that Mr. Wright had passed away?
24           MR. EYMANN:  Form.  Asked and answered.
25           MR. DERRIG:  You can answer that.
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000062