# Exhibit F

000063

**In the Matter Of:**

*ERIC WRIGHT vs*

*UNITED STATES*

*MATTHEW HAUGEN*

*October 24, 2016*

**SPOKANE REPORTING SERVICE, INC.**

800-759-1564

*www.spokanereporting service.com*

000064

```
 1            MR. EYMANN:  Sorry.
 2    Q    (By Mr. Eymann)  When you say it was in the area, do
 3    you remember whether or not he was -- in any way had his
 4    head through any portion of the bike rack that's depicted
 5    in Exhibit Number 6?
 6    A    No.
 7    Q    Do you know exactly where he was?
 8    A    So just for clarity, that's not a bike rack.
 9    Q    Okay.  Well, wheelchair rack, right?
10    A    Sure.
11    Q    Thank you for the correction.  Was he anywhere near
12    the wheelchair rack?
13    A    I recall him leaning up against this rack, yes.
14    Q    Was he standing or was he on the ground?
15    A    He was standing.
16    Q    Was there anyone else around him when you saw him?
17    A    No, that became part of our conversation.
18    Q    Your conversation with Mr. Wright?
19    A    Briefly, yes.
20    Q    Okay.  And what did you say to him and what did he
21    say to you, if you can remember?
22    A    I asked him if there was anyone there to pick him up,
23    and he said no.  And I think the reason why I stopped is
24    because he just wasn't moving.  He was just standing
25    there.
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com           Spokane, WA  99210

000065

1   Q   At that time did he show you some cuts or bruises on
2   his head?
3   A   I did see some -- a bloody spot on his head.
4   Q   And as a nurse, did that concern you?
5   A   Yes.
6   Q   Okay. Did he say anything about how he came to have
7   a bruise or a cut on his head?
8   A   He did not.
9   Q   What prompted you to -- or, what did you do next?
10  A   So this is not an untypical situation. He had this
11  -- you know, it looked like a small laceration on his
12  head. And I said, "Hey," you know, "are you going to be
13  all right with that?"
14          And he was -- he seemed unclear about his
15  situation. I asked him who is there to pick him up. And
16  he was kind of unable to articulate that, and he kind of
17  implied to me that he was driving. And I said, "We
18  should probably just get that patched up."
19          So I put him in a wheelchair and took him
20  back inside.
21  Q   And you cannot remember whether there was a
22  wheelchair already there or you went to get one?
23  A   I can't remember. I want to say there was, but I
24  can't honestly remember.
25  Q   What you seem to describe based upon your testimony

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com           Spokane, WA  99210

000066

```
 1   Q    (By Mr. Eymann)  How long was the meeting?
 2   A    It wasn't a meeting.
 3   Q    Okay.  Rephrase.  How long was the conversation?
 4   A    Three, four minutes.
 5   Q    All right.  How would you describe Mr. Wright's
 6   posture, as you said he was leaning up against the --
 7             Did you say the wheelchair rack?
 8   A    Yes.
 9   Q    What was his posture?
10   A    I would say, you know, less than fully erect, less
11   than --
12             Something drew my attention to him, and it
13   didn't look like he was making any progress toward a
14   vehicle or something of that nature.  Stalled.
15   Q    When you came up to him, you observed blood on his
16   forehead?
17   A    Yes.
18   Q    Can you show me where on your head you saw the blood?
19   A    Yeah.  I couldn't recall the side, left or right, but
20   it was kind of off to the -- you know, off to the temple
21   area.
22   Q    And you just pointed above your temple --
23   A    Correct.
24   Q    -- on the left side of your head.  That's your best
25   memory?
```

509-624-6255                    SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                    www.spokanereporting service.com          Spokane, WA  99210

000067