# Exhibit G

**In the Matter Of:**

*ERIC WRIGHT vs*

*UNITED STATES*

---

*ROBERT READY*

*December 06, 2016*

---

# SPOKANE REPORTING SERVICE, INC.

800-759-1564

*www.spokanereporting service.com*

000069

```
 1   or -- well, is there a bus pick-up place on the grounds?

 2   A.  Yes, there is.

 3   Q.  Okay.  And is Spokane Transit one of the facilities that

 4   provides transportation to and from the VA hospital in

 5   Spokane?

 6   A.  Yes.

 7   Q.  Private transportation can also access the grounds of the

 8   VA hospital, correct?

 9   A.  Correct.

10   Q.  And they can do that either for parking or for pick up or

11   delivery of a patient, correct?

12   A.  Correct.

13   Q.  How close, to your knowledge, can a vehicle get to the ER

14   department door?  And I'm not asking for an exact footage,

15   but if you can give me an idea whether it's a block, half a

16   block, 100 feet, 50 feet.

17   A.  From the ambulance entrance door to where cars routinely

18   pull up, probably would be 12 to 15 feet.

19   Q.  We've heard testimony from nurses that a patient

20   sometimes is either wheelchaired or escorted to their

21   transportation.  Are you aware of any protocol or procedure

22   that determines when or when that should not occur?

23   A.  Not to my knowledge.

24   Q.  Have you ever escorted any person out of the hospital,

25   either by wheelchair or walking them, to their private
```

000070

1  BY MR. EYMANN:

2  Q.  Is there a protocol document in the hospital that

3  provides nurses with examples of when they should go up the

4  chain of command with regard to patient safety?

5  A.  Not that I'm aware of.

6  Q.  How would they then -- in the training arena, how would

7  they know when they should do it and when they shouldn't?

8  A.  By virtue of being nurses and following their patient

9  advocacy, they would use -- go up the chain at that time, or

10  they would contact me through e-mail and I would see it the

11  following week.

12  Q.  Anytime you go up the chain of command, are you -- from a

13  nurse's point of view, are you risking your reputation with a

14  provider?

15        MS. MCAMIS:  Object to the form.

16        MR. VERSCHOOR:  Object to foundation.

17        MS. MCAMIS:  Overbroad and lack of foundation.

18        THE WITNESS:  I don't believe so.  We're beyond that.

19  BY MR. EYMANN:

20  Q.  Have you yourself gone up the chain of command as a

21  registered nurse at any facility?

22  A.  Yes.

23  Q.  And you, as I understand it, would expect your nurses to

24  do that if they felt that a provider was missing something or

25  not doing something they should do?

000071

1    arrest.  ESI 2, the patient is very ill but the care can

2    be -- the physician can be delayed until the nurse can start

3    protocols in the ER and then have the physician come to the

4    bedside.

5    Q.  Your answer was so good, can we go to 3, 4, and 5.

6    A.  After that, after ESI 1 and 2, which are acuity levels --

7    they're all acuity levels -- you determine on what -- ESI 3,

8    4, and 5 are resources that are needed for the patient.

9         ESI 3 is many resources.  An ill patient that comes in

10   that may need labs, radiology would be an ESI 3.  They're

11   going to require many resources.

12        An ESI 4 is someone that only requires one resource,

13   is not ill -- critically ill.  They may be there for

14   something like a back pain and all they're going to need is

15   an IM injection of a pain medication.

16        And the ESI 5 is nonurgent completely.  They need no

17   resources.  That would be the medication refill where they

18   just come in; I left my meds in the hotel or something.

19   Q.  Okay.  Do you remember what the records indicated with

20   regard to Mr. Wright when he was in the hospital that day?

21   A.  I don't recall.

22   Q.  He came in for a knee problem -- and I'm just wondering

23   this generally.  He came in for a knee problem, but he wound

24   up being there, I believe, just in excess of eight hours,

25   okay?

509-624-6255                    SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                    www.spokanereporting service.com          Spokane, WA  99210

000072