# Exhibit J

000097

**In the Matter Of:**

*ERIC WRIGHT vs*

*UNITED STATES*

*JILL PALMER, R.N.*

*October 04, 2016*

**SPOKANE REPORTING SERVICE, INC.**

800-759-1564

*www.spokanereporting service.com*

000098

```
 1   doctor would see them or they would be triaged and wait
 2   for the provider to see them.
 3   Q   So before the provider comes in to examine, are you
 4   in a position as the intake nurse to send them to
 5   radiology for an x-ray?
 6   A   Yes.
 7   Q   Are there certain hours -- and I'm speaking of 2014.
 8   Are there certain hours in which the Radiology Department
 9   is -- was open for x-rays?
10   A   At that time I don't know.  Because it's changed.  So
11   I don't remember.
12   Q   Okay.  What is the situation now?
13   A   Currently?  The radiologist on staff I believe is
14   there from, I believe, eight to five.  And then images
15   then get sent out by Nighthawk to another provider that
16   reads those images 24 hours a day.
17   Q   Do you know in 2014 whether there were radiology
18   technicians that would essentially position the person
19   for x-rays as opposed to any interpretation?
20   A   The x-ray tech -- I don't understand your question.
21   Q   You just made a good point.  If I ask a question
22   that's entirely confusing or it's hard to understand
23   because of my way I phrased it, tell me to rephrase,
24   okay?
25   A   Okay.
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000099

```
 1   A   Well, if she said that the friend was with him, and
 2       they left, then I would just assume the friend would be
 3       in the room versus the friend coming to get him.
 4               That's a lot of wordage, though.  So I'm not
 5       sure.
 6   Q   (By Mr. Eymann)  You're not?  I should ask her?
 7   A   Yes, that would be better.
 8   Q   There's other records that indicate that the friend
 9       was driving up in his car just after he had fallen.  And
10       that's why I asked that question.
11   A   (Nods head).
12   Q   But I'll ask her about it.
13   A   (Nods head).
14   Q   All right?
15   A   Okay.
16   Q   You don't have to answer that question.  I just made
17       a statement.
18   A   Okay.
19   Q   Are all patients, when they go to x-ray, are they all
20       put into wheelchairs or on a stretcher?
21   A   No.
22   Q   Some ambulatory?
23   A   Some ambulatory, yes.
24   Q   Do nurses such as yourself have any input into
25       whether a patient is admitted or not admitted?
```

509-624-6255                SPOKANE REPORTING SERVICE, INC.  421 W. Riverside Avenue, #1010
800-759-1564                www.spokanereporting service.com              Spokane, WA  99210

000100