JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
RUDY J. VERSCHOOR
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC WRIGHT, INDIVIDUALLY AND IN HIS CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEVEN O. WRIGHT; AND, AMY SHARP, INDIVIDUALLY,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, MEDFORD CASHION, M.D.; STAFF CARE INC.,<br><br>Defendants. | No. 2:15-CV-0305-TOR<br><br>**SECOND DECLARATION OF RUDY J. VERSCHOOR IN SUPPORT OF DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

I, Rudy J. Verschoor, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746 to the best of my knowledge and belief.

1. I am an Assistant United States Attorney for the Eastern District of Washington. I am the attorney assigned to defend the above-captioned action against the United States. I make this declaration based on personal knowledge; I am over the age of 18 years, and am competent to testify to these matters.

2. On May 4, 2017, I received Defendant Cashion's FRCP 26(a)(2) expert disclosure from Dr. Cashion's counsel. This report was not yet available when the United States filed its Motion for Summary Judgment on April 17, 2017. ECF No.

SECOND DECLARATION OF RUDY J. VERSCHOOR IN SUPPORT OF
DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT - 1

10

94).  Attached as **Exhibit 10** is a true and correct copy of the Preliminary Report prepared by Dr. James Nania, M.D. on behalf of Defendant Medford Cashion, M.D.

3. Attached as **Exhibit 11** are true and correct excerpts from the deposition transcript of Dr. Medford Cashion, whose deposition was taken in this case on October 10, 2016.

4. Attached as **Exhibit 12** are true and correct excerpts from the deposition transcript of Elizabeth Ford (Whitley), whose deposition was taken in this case on October 24, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of May, 2017.

_____
Rudy J. Verschoor

SECOND DECLARATION OF RUDY J. VERSCHOOR IN SUPPORT OF
DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT - 2

11